**SCHEDULE A**

| DATE | DEADLINE/EVENT |
|---|---|
| **March 15, 2023** | Deadline for Debtors to file Assumption Notice |
| **March 29, 2023 at 4:00 p.m. (ET)** | Sale Objection Deadline; Contract Objection Deadline[1] |
| **April 3, 2023, at 10:00 a.m. (ET)** | Bid Deadline |
| **April 3, 2023, at 4:00 p.m. (ET)** | Deadline for Debtors to Designate Qualifying Bids and Baseline Bid |
| **April 4, 2023, at 9:00 a.m. (ET)** | Auction |
| **As soon as practicable after completion of the Auction** | Deadline to File and Serve Notice of Winning Bidder |
| **April 5, 2023 at noon (ET)** | Adequate Assurance Objection Deadline for Winning Bidder Other Than the Stalking Horse Purchasers |
| **April 5, 2023, at 4:00 p.m. (ET)** | Debtors' Deadline to Reply to Sale Objections |
| **April 6, 2023, at 10:00 a.m. (ET)** | Sale Hearing |
| **April 20, 2023** | Sale Closing |

---

[1] The Sale Objection Deadline and Contract Objection Deadline apply to all objections to the sale of the Assets and the assumption and assignment of the Assigned Contracts (including adequate assurance of future performance by the Stalking Horse Purchaser), with the exception of objections related to adequate assurance of future performance by a Winning Bidder *other than* the Stalking Horse Purchaser.