# **EXHIBIT 1**

# Updated Budget – March 10, 2023

**BiG ViLLAGE**

| ($ in 000s) | FN | Filing | Actuals | Actuals | Actuals | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Closing | 12-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| Week Ending | | 2/10 | 2/17 | 2/24 | 3/3 | 3/10 | 3/17 | 3/24 | 3/31 | 4/7 | 4/14 | 4/21 | 4/28 | |
| **Receipts** | | | | | | | | | | | | | | |
| bRealTime | | $ 417 | $ 232 | $ 256 | $ 879 | $ 898 | $ 242 | $ 219 | $ 1,220 | $ 979 | $ 1,032 | $ 693 | $ 497 | $ 7,564 |
| Balihoo | | 182 | 110 | 2 | 426 | 76 | 24 | 8 | 80 | 6 | 42 | 80 | 77 | 1,114 |
| Clearstream | | 124 | 78 | 425 | 186 | 83 | 5 | 33 | 232 | 592 | 295 | 196 | 235 | 2,486 |
| Insights | | 345 | 973 | 1,007 | 857 | 410 | 991 | 390 | 715 | 486 | 861 | 829 | 1,236 | 9,100 |
| Agency | | 489 | - | 1,012 | 416 | 622 | 1,142 | 15 | 866 | 733 | 161 | 106 | 62 | 5,623 |
| Collections | 1 | $ 1,557 | $ 1,394 | $ 2,702 | $ 2,764 | $ 2,089 | $ 2,404 | $ 665 | $ 3,115 | $ 2,795 | $ 2,391 | $ 1,903 | $ 2,106 | $ 25,886 |
| Business Disruption Impact to Receipts | 2 | - | - | - | - | - | (73) | (66) | (366) | (294) | (516) | (347) | (248) | (1,909) |
| **Total Receipts** | | $ 1,557 | $ 1,394 | $ 2,702 | $ 2,764 | $ 2,089 | $ 2,332 | $ 600 | $ 2,749 | $ 2,502 | $ 1,875 | $ 1,557 | $ 1,858 | $ 23,977 |
| **Methodology Disbursements** | | | | | | | | | | | | | | |
| Payroll & Benefits | 3 | $ 73 | $ 1,737 | $ 1,609 | $ 217 | $ 39 | $ 1,755 | $ 110 | $ 1,717 | $ 123 | $ 1,752 | $ 110 | $ 1,715 | $ 10,958 |
| Rent, Taxes & Insurance | | - | - | 51 | 8 | 55 | - | 1 | 68 | - | - | 56 | 68 | 308 |
| Other Corporate / Employee Expenses | | 10 | 16 | 31 | 36 | 127 | 29 | 81 | 55 | 209 | 49 | 61 | 15 | 718 |
| **Total Methodology Disbursements** | | $ 83 | $ 1,752 | $ 1,691 | $ 261 | $ 221 | $ 1,784 | $ 192 | $ 1,841 | $ 332 | $ 1,801 | $ 227 | $ 1,799 | $ 11,983 |
| **Non-Methodology Disbursements** | | | | | | | | | | | | | | |
| bRealTime | | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 |
| Balihoo | | 769 | - | - | 0 | 3 | 11 | 14 | 50 | 8 | 53 | 14 | 11 | 934 |
| Clearstream | | 44 | - | 0 | 33 | 6 | 93 | 72 | 80 | 53 | 94 | 79 | 56 | 610 |
| Agency: Deep Focus | | - | 28 | - | 15 | 14 | 425 | 326 | 157 | 197 | 189 | 191 | 188 | 1,731 |
| Insights: ORC International | | 8 | 132 | 77 | 348 | 131 | 71 | 243 | 333 | 240 | 443 | 274 | 394 | 2,695 |
| **Total Non-Methodology Disbursements** | 4 | $ 821 | $ 160 | $ 77 | $ 397 | $ 155 | $ 601 | $ 655 | $ 620 | $ 497 | $ 780 | $ 558 | $ 650 | $ 5,970 |
| **Operating Cash Flow** | | $ 653 | $ (518) | $ 934 | $ 2,106 | $ 1,714 | $ (53) | $ (248) | $ 289 | $ 1,672 | $ (706) | $ 772 | $ (591) | $ 6,024 |
| **Cumulative Operating Cash Flow** | | 653 | 135 | 1,069 | 3,175 | 4,889 | 4,836 | 4,588 | 4,877 | 6,549 | 5,843 | 6,615 | 6,024 | 6,024 |
| **Professional Fees** | | | | | | | | | | | | | | |
| Company Advisors | | $ 164 | $ - | $ - | $ - | $ - | $ 857 | $ - | $ 1,380 | $ - | $ - | $ - | $ 2,489 | $ 4,890 |
| Lender Advisors | | 1,390 | - | - | - | 185 | 73 | - | 73 | - | 73 | - | 145 | 1,937 |
| UCC Advisors | | - | - | - | - | - | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 850 |
| Independent Director | | - | - | - | 25 | - | - | - | - | 25 | - | - | - | 50 |
| **Total Professional Fees** | 5 | $ 1,554 | $ - | $ - | $ 25 | $ 185 | $ 1,051 | $ 121 | $ 1,574 | $ 146 | $ 194 | $ 121 | $ 2,755 | $ 7,727 |
| **Administrative Relief** | | | | | | | | | | | | | | |
| Critical Vendors | 6 | $ - | $ - | $ 13 | $ - | $ 227 | $ 440 | $ 440 | $ 440 | $ 440 | $ - | $ - | $ - | $ 2,000 |
| **Total Administrative Relief** | | $ - | $ - | $ 13 | $ - | $ 227 | $ 440 | $ 440 | $ 440 | $ 440 | $ - | $ - | $ - | $ 2,000 |
| **Other Restructuring Costs** | | | | | | | | | | | | | | |
| Trustee Fees & Other Expenses | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 303 | $ 303 |
| Retention Payments | 7 | 165 | 49 | - | - | - | - | - | - | - | - | - | - | 214 |
| **Total Other Restructuring Costs** | | $ 165 | $ 49 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 303 | $ 517 |
| **Total Disbursements** | | $ 2,623 | $ 1,962 | $ 1,781 | $ 683 | $ 787 | $ 3,875 | $ 1,409 | $ 4,474 | $ 1,416 | $ 2,775 | $ 906 | $ 5,507 | $ 28,198 |
| Beginning Cash (Bank) | | $ 7,038 | $ 5,972 | $ 5,405 | $ 6,326 | $ 8,407 | $ 9,709 | $ 8,165 | $ 7,356 | $ 5,631 | $ 6,716 | $ 5,817 | $ 6,467 | $ 7,038 |
| Net Cash Flow | | (1,066) | (567) | 921 | 2,081 | 1,302 | (1,544) | (809) | (1,725) | 1,086 | (900) | 650 | (3,649) | (4,220) |
| **Ending Cash (Bank)** | | $ 5,972 | $ 5,405 | $ 6,326 | $ 8,407 | $ 9,709 | $ 8,165 | $ 7,356 | $ 5,631 | $ 6,716 | $ 5,817 | $ 6,467 | $ 2,818 | $ 2,818 |
| **AP ROLLFORWARD** | | | | | | | | | | | | | | |
| **Pre-Petition** | | | | | | | | | | | | | | |
| Beginning Balance | | $ 48,641 | $ 48,641 | $ 48,641 | $ 48,629 | $ 53,645 | $ 53,417 | $ 52,977 | $ 52,537 | $ 52,097 | $ 51,657 | $ 51,657 | $ 51,657 | $ 48,641 |
| Plus: Expenses | 8 | - | - | - | 5,016 | - | - | - | - | - | - | - | - | 5,016 |
| Less: Disbursements | | - | - | (13) | - | (227) | (440) | (440) | (440) | (440) | - | - | - | (2,000) |
| **Ending Balance - Pre-Petition** | | $ 48,641 | $ 48,641 | $ 48,629 | $ 53,645 | $ 53,417 | $ 52,977 | $ 52,537 | $ 52,097 | $ 51,657 | $ 51,657 | $ 51,657 | $ 51,657 | $ 51,657 |
| **Post-Petition** | | | | | | | | | | | | | | |
| Beginning Balance | | $ - | $ 696 | $ 1,284 | $ 1,834 | $ 2,260 | $ 2,591 | $ 2,770 | $ 2,919 | $ 3,000 | $ 3,561 | $ 3,509 | $ 3,957 | $ - |
| Plus: Expenses | | 716 | 813 | 677 | 978 | 521 | 809 | 854 | 716 | 1,173 | 777 | 1,036 | 752 | 9,823 |
| Less: Disbursements | | (20) | (224) | (128) | (552) | (190) | (630) | (706) | (635) | (612) | (829) | (589) | (665) | (5,778) |
| **Ending Balance - Post-Petition** | | $ 696 | $ 1,284 | $ 1,834 | $ 2,260 | $ 2,591 | $ 2,770 | $ 2,919 | $ 3,000 | $ 3,561 | $ 3,509 | $ 3,957 | $ 4,045 | $ 4,045 |
| **Total AP** | | $ 49,337 | $ 49,926 | $ 50,462 | $ 55,904 | $ 56,008 | $ 55,747 | $ 55,456 | $ 55,098 | $ 55,219 | $ 55,167 | $ 55,615 | $ 55,702 | $ 55,702 |