# EXHIBIT 2

**Milestones**

(i)      On or before March 15, 2023 (no later than 35 days following the Petition Date), or the first business day thereafter that the Bankruptcy Court is available, an order approving the Bid Procedures Motion (the "**Bid Procedures Order**"), in form and substance reasonably satisfactory to the Required Prepetition Secured Parties as confirmed in writing in their reasonable discretion, shall have been entered by the Bankruptcy Court.

(ii)      On or before April 5, 2023, an Auction (if necessary) shall be conducted in accordance with the Bid Procedures Order.

(iii)      On or before April 10, 2023 (no later than 60 days following the Petition Date), or the first business day thereafter that the Bankruptcy Court is available, the Bankruptcy Court shall have convened and concluded a hearing to consider approval of sales to the Stalking Horse Bidders or to the Winning Bidders following an Auction and an order approving the sale (the "**Sale Order**"), in form and substance reasonably satisfactory to the Required Prepetition Secured Parties, which Sale Order shall approve a sale to the Winning Bidders at any Auction conducted under the Bid Procedures Order or to the Stalking Horse Bidders if there are no other qualified bidders, shall have been entered by the Bankruptcy Court (a "**Sale**").

(iv)      On or before April 10, 2023 (no later than 60 days following the Petition Date), the Debtors shall have filed a plan (the "**Plan**"), in form and substance reasonably satisfactory to the Required Prepetition Secured Parties as confirmed in writing in their reasonable discretion.

(v)      On or before April 24, 2023 (no later than 75 days following the Petition Date), or the first business day thereafter, the closing of the Sale shall have occurred.

(vi)      On or before May 9, 2023 (no later than 90 days following the Petition Date), or the first business day thereafter that the Bankruptcy Court is available, the Bankruptcy Court shall have convened and concluded a hearing to consider confirmation of the Plan and an order confirming the Plan, in form and substance reasonably satisfactory to the Required Prepetition Secured Parties, shall have been entered by the Bankruptcy Court.

(vii)      On or before May 19, 2023 (no later than 100 days following the Petition Date), the effective date of the Plan shall have occurred, including distribution of Sale proceeds then held by the Debtors to the Prepetition Secured Parties.