# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Big Village Holding LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10174 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Scheduling Omnibus Hearing Date [Docket No. 117]

On March 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit B**:

- First Monthly Application of Young Conaway Stargatt & Taylor, LLP, as Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from February 8, 2023 through February 28, 2023 [Docket No. 119]

On March 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing on March 14, 2023 at 1:00 p.m. (ET) [Docket No. 120]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings, LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media, LLC (7288); EMX Digital Inc. (5543); Big Village USA Corporation Inc. (3414); Big Village Agency LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447). The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 80540.

Dated: March 17, 2023

                                                    */s/ Moheen Ahmad*
                                                    Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 17, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser, Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov | Email |

In re: Big Village Holding LLC, *et al.*
Case No. 23-10174 (CTG)

Page 1 of 2

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | jpomerantz@pszjlaw.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | sgolden@pszjlaw.com | Email |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | DPfeffer@tarterkrinsky.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com | Email |

**Exhibit B**

Exhibit B
Fee Application Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser, Joaquin C de Baca, Dabin Chung | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz | jpomerantz@pszjlaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden | sgolden@pszjlaw.com |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com |

**Exhibit C**

Exhibit C
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover DE 19904 | | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | 212-637-3526 | | Fax |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser, Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | | Linda.Richenderfer@usdoj.gov | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | | jpomerantz@pszjlaw.com | Email |

Exhibit C
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | | sgolden@pszjlaw.com | Email |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | | kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | | DPfeffer@tarterkrinsky.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: David C. Weiss c/o Ellen Slights<br>US Attorney's Office<br>1313 N Market St., Ste 400<br>Wilmington DE 19801 | 302-573-6220 | | Fax |