## EXHIBIT B

## Declaration of Committee Representative

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIG VILLAGE HOLDING LLC, *et al.*,[1] | ) | Case No. 23-10174 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF AUTHORIZED COMMITTEE REPRESENTATIVE IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 28, 2023**

Scott Jenkins, as an authorized representative of the Committee, declares under penalty of perjury as follows:

1. I, Scott Jenkins, am the Senior Director – Finance of Samsung Electronics America, Inc., a member of the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases (the "Cases") of the above-captioned debtors (the "Debtors"). I am an authorized representative of the Committee and am authorized to submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media LLC (7288); EMX Digital, Inc. (5543); Big Village USA Corporation, Inc. (3414); Big Village Agency, LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447). The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 80540.

*LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of February 28, 2023* (the "Application") on behalf of the Committee.[2]

### The Committee's Selection of PSZ&J as Counsel

2.      Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") is proposed to serve as counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

3.      On or about February 24, 2023, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code.  On March 15, 2023, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors*.  The members appointed to the Committee are:  (i) Columbia Property Trust, Inc., aka Columbia REIT; (ii) Samsung Electronics America, Inc.; (iii) Consumable, Inc.; (iv) Philo, Inc.; (v) Content IQ, LLC; and (vi) Roku, Inc.  *See* Dkt. No. 160.

4.      On February 28, 2023, the Committee voted to retain PSZ&J as its counsel, subject to Court approval.

5.      The Committee believes that PSZ&J's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code, makes it well

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_DE:242512.2 19468/002

qualified to represent the Committee in this Case in an efficient and timely manner. Thus, the Committee decided to retain PSZ&J as the Committee's counsel during these chapter 11 cases.

### Rate Structure

6.      In my capacity as Chair and authorized representative of the Committee, I am responsible, along with the other committee members, for supervising counsel. PSZ&J has informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services. PSZ&J has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon. The Firm does not maintain separate departments devoted to other legal practices different from the bankruptcy and insolvency areas. The Firm therefore does not have different billing rates and terms for non-bankruptcy engagements that can be compared to the billing rates and terms for the Committee's engagement of PSZ&J.

### Cost Supervision

7.      The Committee will approve any prospective budget and staffing plan that may be filed by PSZ&J prior to it being filed, recognizing that, in the course of a large chapter 11 case like this Case, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and PSZ&J. The members of the Committee further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Case. The Committee will continue to review the invoices

3

that PSZ&J regularly submits, and, together with PSZ&J, periodically amend any budget and

staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.

Dated:  March __27__, 2023

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS BIG VILLAGE HOLDING LLC, *et
al.*

By:  _*Scott Jenkins*_____
Scott Jenkins, solely in his capacity as
authorized representative of the Committee and
not in any individual capacity

4