## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, *et al.*,[1] | Case No. 23-10174 (CTG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order (I) Approving APA, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of All Encumbrances Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 234] (the "***Agency & Insights Sale***")

- Order (I) Approving APA, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of All Encumbrances Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 235] (the "***Managed Services Sale***")

- Order (I) Approving APA, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of All Encumbrances Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 236] (the "***Balihoo Sale***")

- Second Supplemental Declaration of Joseph Barry in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date [Docket No. 237]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings, LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media, LLC (7288); EMX Digital Inc. (5543); Big Village USA Corporation Inc. (3414); Big Village Agency LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447).  The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 08540.

- Second Supplemental Declaration of Sachin Lulla in Support of Debtors' Application for an Order (I) Authorizing the Retention and Employment of Stephens Inc. As Investment Banker for the Debtors, Effective as of the Petition Date, and (II) Modifying Certain Information Requirements of Local Rule 2016-2 [Docket No. 238]

- Second Supplemental Declaration of Matthew Ray in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Portage Point to Provide a Chief Restructuring Officer, Chief Executive Officer, and Deputy Chief Restructuring Officer for the Debtors; (II) Designating Matthew Ray as Chief Restructuring Officer and Chief Executive Officer, and Zachary Rose as Deputy Chief Restructuring Officer for the Debtors, Effective as of the Petition Date and (III) Granting Related Relief [Docket No. 239]

On April 10, 2023, at my direction and under my supervision, employees of Kroll caused the Agency & Insights Sale, the Managed Services Sale, and the Balihoo Sale to be served (1) via email on the Interested Parties Service List attached hereto as **Exhibit B**; (2) via first class mail on the Interested Parties Service List attached hereto as **Exhibit C**; and (3) via email on the clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns.

Dated: April 17, 2023

/s/ Alain B. Francoeur
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 17, 2023, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 68767

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to InMarket Media LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | RPalacio@ashbygeddes.com | Email |
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Gregory F. Vizza<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | Gregory.Vizza@blankrome.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Jose F. Bibiloni<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | Jose.Bibiloni@blankrome.com | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to InMarket Media LLC | Hahn Loeser & Parks LLP | Attn: Lawrence E. Oscar, Daniel A. DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | leoscar@hahnlaw.com<br>dademarco@hahnlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation 2970 Market St Mail Stop 5-Q30.133 Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser,  Joaquin C de Baca, Dabin Chung 1221 Avenue of the Americas New York NY 10020-1001 | btrust@mayerbrown.com szemser@mayerbrown.com jcdebaca@mayerbrown.com dchung@mayerbrown.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Kristin Going One Vanderbilt Avenue New York NY 10017 | kgoing@mwe.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Maris J. Kandestin The Nemours Building 1007 North Orange Street, 10th Floor Wilmington DE 19801 | mkandestin@mwe.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer 844 King Street, Suite 2207 Lockbox 35 Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz 10100 Santa Monica Blvd. 13th Floor Los Angeles CA 90067 | jpomerantz@pszjlaw.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden 919 N Market Street, 17th Floor P.O. Box 8705 Wilmington DE 19899-8705 | sgolden@pszjlaw.com | Email |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales 1313 N. Market Street, 6th Floor Wilmington DE 19801-6108 | kgood@potteranderson.com kmorales@potteranderson.com | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept Brookfield Place 200 Vesey Street, Ste 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | DPfeffer@tarterkrinsky.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com | Email |

**Exhibit B**

Exhibit B

Interested Parties Service List

Served via email

| NAME | EMAILS |
|---|---|
| BNP Paribas | brock.harris@us.bnpparibas.com; yung.wu@us.bnpparibas.com |
| BNP Paribas | david.gilio@us.bnpparibas.com, peter.fritz@us.bnpparibas.com |
| BNP Paribas RCC | dl.nyls.agency.support@americas.bnpparibas.com |
| BNP Paribas RCC | dl.nytfstandby@us.bnpparibas.com |
| BNP Paribas RCC | dl.nyk.regional.agency@ca.bnpparibas.com; dl.nytfstandby@us.bnppparibas.com |
| National Association of Attorneys General | kcordry@naag.org |
| Stalking Horse Bidders | daluzt@ballardspahr.com |
| Stalking Horse Bidders | kevin.kobbe@us.dlapiper.com |
| State of Alaska Attorney General | attorney.general@alaska.gov |
| State of Arizona Attorney General | aginfo@azag.gov |
| State of California Attorney General | bankruptcy@coag.gov |
| State of Delaware Attorney General | attorney.general@state.de.us |
| State of Illinois Attorney General | webmaster@atg.state.il.us |
| State of Indiana Attorney General | info@atg.in.gov |
| State of Maryland Attorney General | oag@oag.state.md.us |
| State of Massachusetts Attorney General | ago@state.ma.us |
| State of Michigan Attorney General | miag@michigan.gov |
| State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State of Nevada Attorney General | aginfo@ag.nv.gov |
| State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State of North Dakota Attorney General | ndag@nd.gov |
| State of Oregon Attorney General | consumer.hotline@doj.state.or.us, david.hart@doj.state.or.us, kelsiecrippen@markowitzherbold.com, anitjindal@markowitzherbold.com, harrywilson@markowitzherbold.com |
| State of Texas Attorney General | public.information@oag.state.tx.us |
| State of Vermont Attorney General | ago.info@vermont.gov |
| Washington DC Attorney General | oag@dc.gov |
| Winston & Strawn LLP | mcarlston@winston.com |

**Exhibit C**

Exhibit C

Interested Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Alabama Department of Revenue | 50 N. Ripley St. | | | | Montgomery | AL | 36130 | |
| Alabama Department of Revenue | Business Privilege Tax Section | PO Box 327320 | | | Montgomery | AL | 36132-7320 | |
| Alabama Department of Revenue | Income Tax Administration Division | Corporate Tax Section | P.O. Box 327430 | | Montgomery | AL | 36132-7430 | |
| Alabama Secretary Of State, Corporations Division | RSA Plaza - Suite 580 | 770 Washington Avenue | | | Montgomery | AL | 36104 | |
| Alaska Department of Commerce, Community and Economic Development, Div of Corporations | 550 W 7th Ave, Ste 1500 | | | | Anchorage | AK | 99501-3567 | |
| Arizona Corporation Commission, Corporations Division | 1300 W. Washington Street | | | | Phoenix | AZ | 85007-2996 | |
| Avid Bank | 1732 North 1st Street | 6th Floor | | | San Jose | CA | 95112 | |
| BNP Paribas, as Collateral Agent | 787 Seventh Avenue | | | | New York | NY | 10019 | |
| BNP Paribas, as First Lien Collateral Agent | 787 Seventh Avenue | | | | New York | NY | 10019 | |
| BNP Paribas | Attn: Brock Harris / Yung Wu | 787 Seventh Avenue | | | New York | NY | 10019 | |
| BNP Paribas | Attn: Merchant Banking Group – David Gilio/Peter Fritz | 787 Seventh Avenue | | | New York | NY | 10019 | |
| California Secretary Of State | 1500 11th Street | | | | Sacramento | CA | 95814 | |
| City of Boston Collector Of Taxes | 1 CITY HALL SQUARE | WINDOW M-30 | | | BOSTON | MA | 02201-2004 | |
| City of Boston Collector Of Taxes | Box 55810 | | | | Boston | MA | 02205 | |
| City of Seattle | Customer Service Bureau | City Hall, 600 Fourth Ave. | | | Seattle | WA | 98104 | |
| City of Seattle | P.O. Box 34214 | | | | Seattle | WA | 98124-4214 | |
| City of Springdale | Springdale Tax Commission | 11700 Springfield Pike | | | Springdale | OH | 45246 | |
| City of Toledo Commissioner of Taxation | Division of Taxation and Treasury | P.O. Box 993 | | | Toledo | OH | 43697-0993 | |
| City of Toledo Commissioner of Taxation | One Government Center | 640 Jackson Street | | | Toledo | OH | 43604 | |
| City of Toledo | One Government Center | Suite 2070 | | | Toledo | OH | 43604 | |
| Colorado Secretary Of State | 1700 Broadway, Suite 550 | | | | Denver | CO | 80290 | |
| Commissioner of Revenue Services | 450 Columbus Blvd. | Suite 1 | | | Hartford | CT | 06103 | |
| Commissioner of Revenue Services | Department of Revenue Services | PO Box 2974 | | | Hartford | CT | 06104-2974 | |
| Commonwealth of Massachusetts | Collections Bureau/Bankruptcy Unit | P.O. Box 7090 | | | Boston | MA | 02204-7090 | |
| Commonwealth of Massachusetts | Massachusetts Department of Revenue | PO Box 7062 | | | Boston | MA | 02204 | |
| Commonwealth of Massachusetts | Massachusetts State House, 24 Beacon St. | Office of the Governor | Room 280 | | Boston | MA | 02133 | |
| Comptroller of Public Accounts | Texas Comptroller of Public Accounts | P.O. Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Connecticut Corporate Tax | Department of Revenue Services | 450 Columbus Blvd. | Ste 1 | | Hartford | CT | 06103 | |
| Connecticut Department of Labor | 200 Folly Brook Blvd | | | | Wethersfield | CT | 06109 | |
| DC Treasurer | 1101 4th Street SW | Suite 850W | | | Washington | DC | 20024 | |
| DC Treasurer | Office of Tax and Revenue | 1101 4th Street, SW | Suite 270 West | | Washington | DC | 20024 | |
| DC Treasurer | Office of Tax and Revenue | PO Box 96019 | | | Washington | DC | 20090-6019 | |

Exhibit C
Interested Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Delaware Secretary Of State, Division Of Corporations | John G. Townsend Bldg. | 401 Federal Street, – Suite 4 | | | Dover | DE | 19901 | |
| District of Columbia (DC Sales and Use Tax) | 1101 4th Street SW | Suite 850W | | | Washington | DC | 20024 | |
| District Of Columbia Department Of Consumer And Regulatory Affairs, Business and Professional Licensing Administration, Corporations Division | 1100 4th Street, SW | | | | Washington | DC | 20024 | |
| Environmental Protection Agency | Attn: General Counsel | Office Of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | | Washington | DC | 20460 | |
| Federal Trade Commission | 600 Pennsylvania Avenue, NW | | | | Washington | DC | 20580 | |
| Florida Department Of State, Division Of Corporations | The Centre of Tallahassee | 2415 N. Monroe Street, Suite 810 | | | Tallahassee | FL | 32303 | |
| Georgia Secretary Of State, Corporations Division | 2 MLK Jr. Drive | Suite 313, Floyd West Tower | | | Atlanta | GA | 30334-1530 | |
| Government of the District of Columbia | 1101 4th Street SW | Suite W270 | | | Washington | DC | 20024 | |
| Idaho Secretary Of State | 700 W. Jefferson St., Room E205 | | | | Boise | ID | 83702 | |
| Idaho Secretary Of State, Business Entities | 450 N. 4th Street | | | | Boise | ID | 83702 | |
| Idaho State Tax Commission | 11321 W Chinden Blvd Bldg 2 | | | | Boise | ID | 83714 | |
| Idaho State Tax Commission | Idaho State Tax Commission | PO Box 36 | | | Boise | ID | 83722-0410 | |
| Idaho State Tax Commission | PO Box 83784 | | | | Boise | ID | 83707-3784 | |
| Illinois Department of Revenue | 555 West Monroe | | | | Chicago | IL | 60661 | |
| Illinois Department of Revenue | Texas Comptroller of Public Accounts | P.O. Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Illinois Secretary Of State | 213 State Capitol | | | | Springfield | IL | 62756 | |
| Illinois Secretary Of State, Department Of Business Services | 501 S. Second St., Rm. 350 | | | | Springfield | IL | 62756 | |
| Indiana Secretary Of State, Business Services Division | 302 W. Washington Street | Room E018 | | | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | P.O. Box 742562 | | | | Cincinnati | OH | 45280-2562 | |
| Kansas Secretary Of State | Memorial Hall, 1st Floor | 120 SW 10th Avenue | | | Topeka | KS | 66612-1594 | |
| Kentucky Department of Revenue | 501 High St | | | | Frankfort | KY | 40601 | |
| Kentucky Secretary Of State | 700 Capital Avenue | Suite 152 | | | Frankfort | KY | 40601 | |
| Kirkland & Ellis LLP | Attn: Robert A. Wilson and James C. Anderson | 300 North LaSalle Street | | | Chicago | IL | 60654 | |
| Lake Capital Management LLC | Attn: Collin Abert | 875 North Michigan Avenue, Suite 3250 | | | Chicago | IL | 60611 | |
| Lake Capital Management LLC | Attn: Collin Abert | 980 Michigan Avenue | Suite 1300 | | Chicago | IL | 60611 | |

Exhibit C
Interested Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Maryland State Department Of Assessments And Taxation | 301 W. Preston St. | | | | Baltimore | MD | 21201-2395 | |
| Massachusetts Secretary Of The Commonwealth | Corporations Division | McCormack Building | One Ashburton Place, 17th floor | | Boston | MA | 02108 | |
| Michigan Corporations, Securities & Commercial Licensing Division | 2407 N. Grand River Ave. | | | | Lansing | MI | 48906 | |
| Minnesota Secretary Of State | 180 State Office Building | 100 Rev. Dr. Martin Luther King Jr. Blvd. | | | Saint Paul | MN | 55155 | |
| Minnesota Secretary Of State, Business Services Office | First National Bank Building | 332 Minnesota Street, Suite N201 | | | Saint Paul | MN | 55101 | |
| Mississippi Department of Employment Security | Office of the Governor | 1235 Echelon Parkway | P.O. Box 1699 | | Jackson | MS | 39215-1699 | |
| Mississippi Department of Employment Security | PO Box 22781 | | | | Jackson | MS | 39225-2781 | |
| Nebraska Business Services Division | 1201 N Street, Suite 120 | | | | Lincoln | NE | 68508 | |
| Nevada Dept of Taxation | 1550 College Parkway | Suite 115 | | | Carson City | NV | 89706 | |
| Nevada Dept of Taxation | P.O. Box 52674 | | | | Phoenix | AZ | 85072-2674 | |
| Nevada Secretary Of State, Commercial Recordings Division | 101 N Carson Street Suite 3 | | | | Carson City | NV | 89701 | |
| New Jersey Department Of The Treasury, Division Of Revenue, Business Services Bureau | PO Box 628 | | | | Trenton | NJ | 08625-0628 | |
| New Jersey Division of Taxation | Bankruptcy Section | PO Box 245 | | | Trenton | NJ | 08695-0245 | |
| New Jersey Division of Taxation | PO Box 666 | | | | Trenton | NJ | 08646-0666 | |
| New Jersey Division of Taxation | P.O. Box 999 Rev Proc Ctr | | | | Trenton | NJ | 08646-0999 | |
| New York Department Of State, Division Of Corporations, State Records And Uniform Commercial Code | One Commerce Plaza | 99 Washington Ave | 6th floor | | Albany | NY | 12231-0001 | |
| New York Secretary Of State | One Commerce Plaza | 99 Washington Ave | | | Albany | NY | 12231-0001 | |
| New York State Corporation Tax | NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | |
| New York State Corporation Tax | PO BOX 15180 | | | | ALBANY | NY | 12212-5180 | |
| North Carolina Secretary Of State, Corporations Division | 2 South Salisbury St. | | | | Raleigh | NC | 27601-2903 | |
| North Dakota Secretary Of State, Business Information/Registration Division | 600 E Boulevard Avenue Dept 108 | | | | Bismarck | ND | 58505-0500 | |
| NYC Department of Finance | 66 John Street | Room 104 | | | New York | NY | 10038 | |
| NYC Department of Finance | Correspondence Unit | One Centre Street, 22nd Floor | | | New York | NY | 10007 | |
| NYC Department of Finance | P.O. Box 3931 | | | | New York | NY | 10008-3931 | |

Exhibit C
Interested Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| NY State Department of Tax and Finance | NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | |
| NY State Department of Tax and Finance | Attn: Office of Counsel | Building 9 | W A Harriman Campus | | Albany | NY | 12227 | |
| Ohio Secretary Of State | 22 North Fourth Street | | | | Columbus | OH | 43215 | |
| Ohio Treasurer of State - CAT Quarterly | 30 E. Broad Street - 9th Floor | | | | Columbus | OH | 43215 | |
| Ohio Treasurer of State | Ohio Treasurer | 30 E. Broad Street - 9th Floor | | | Columbus | OH | 43215 | |
| Ohio Treasurer of State | P.O. Box 182101 | | | | Collumbus | OH | 43218-2101 | |
| Ohio Treasurer of State | Attn: Robert Sprague | 30 E. Broad Street - 9th Floor | | | Columbus | OH | 43215 | |
| Ohio Treasurer of State - USE TAX | 4485 Northland Ridge Blvd. | | | | Columbus | OH | 43229 | |
| Ohio Treasurer of State - USE TAX | Ohio Treasurer | 30 E. Broad Street - 9th Floor | | | Columbus | OH | 43215 | |
| Oklahoma Tax Commission | Franchise Tax | General Counsel's Office | 2501 N. Lincoln Blvd. | | Oklahoma City | OK | 73105-4301 | |
| Oklahoma Tax Commission | General Counsel's Office | 2501 N. Lincoln Blvd. | | | Oklahoma City | OK | 73105-4301 | |
| Oklahoma Tax Commission | Income Tax | General Counsel's Office | 2501 N. Lincoln Blvd. | | Oklahoma City | OK | 73105-4301 | |
| Oklahoma Tax Commission | Income Tax | PO Box 26890 | | | Oklahoma City | OK | 73126-0890 | |
| Oregon Department of Revenue | 955 Center St NE | | | | Salem | OR | 97301-2555 | |
| Oregon Department of Revenue | PO Box 14950 | | | | Salem | OR | 97309-0950 | |
| Oregon Employment Department | 875 Union St. NE | | | | Salem | OR | 97311 | |
| Oregon Employment Department | Employment Tax | Unit 02 | PO Box 4395 | | Portland | OR | 97208-4395 | |
| Oregon Secretary Of State, Corporation Division | Public Service Building | 255 Capitol St. NE, Suite 151 | | | Salem | OR | 97310 | |
| Pacific Western Bank | Attn: Trade Finance Dept | 110 West A Street | 2nd Floor | | San Diego | CA | 92101 | |
| PA Department of Revenue | Harrisburg Call Center | 6th Floor Strawberry Square-Quad 620 | 4th and Walnut Street | | Harrisburg | PA | 17128-1210 | |
| PA Department of Revenue | PO Box 280422 | | | | Harrisburg | PA | 17128-0422 | |
| PA Department of Revenue | PO BOX 280427 | | | | HARRISBURG | PA | 17128-0427 | |
| Pennsylvania Department Of State, Corporation Bureau | 401 North Street | 206 North Office Building | | | Harrisburg | PA | 17120 | |
| Pennsylvania Secretary Of State | 302 North Office Building | 401 North Street | | | Harrisburg | PA | 17120 | |
| SC Department of Revenue | Corporate Income Tax Payment | | | | Columbia | SC | 29214-0007 | |
| South Carolina Department of Revenue | 300A Outlet Pointe Boulevard | | | | Columbia | SC | 29210 | |
| South Carolina Department of Revenue | Attn: Director | PO Box 125 | | | Columbia | SC | 29214-0505 | |
| South Carolina Department of Revenue | PO Box 100153 | | | | Columbia | SC | 29202 | |
| Square 1 Bank | 406 Blackwell Street, Ste. 240 | | | | Durham | NC | 27701 | |

Exhibit C
Interested Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Stalking Horse Bidders | c/o Ballard Spahr LLP | Attn: Tobey Marie Daluz | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801-3034 | |
| Stalking Horse Bidders | c/o DLA Piper | Attn: C. Kevin Kobbe | The Marbury Building | 6225 Smith Avenue | Baltimore | MD | 21209-3600 | |
| State of Alabama Attorney General | Attn: Bankruptcy Dept | P.O. Box 300152 | | | Montgomery | AL | 36130-0152 | |
| State of Alaska Attorney General | Attn: Bankruptcy Dept | P.O. Box 110300 | | | Juneau | AK | 99811-0300 | |
| State of Arizona Attorney General | Attn: Bankruptcy Dept | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| State of California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | | Sacramento | CA | 94244-2550 | |
| State of Colorado Attorney General | Attn: Bankruptcy Dept | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | | Denver | CO | 80203 | |
| State of Delaware Attorney General | Attn: Bankruptcy Dept | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| State of Florida Attorney General | Attn: Bankruptcy Dept | The Capitol, PL 01 | | | Tallahassee | FL | 32399-1050 | |
| State of Georgia Attorney General | Attn: Bankruptcy Dept | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| State of Idaho Attorney General | Attn: Bankruptcy Dept | 700 W. Jefferson Street | P.O. Box 83720 | | Boise | ID | 83720-1000 | |
| State of Illinois Attorney General | Attn: Bankruptcy Dept | 100 West Randolph Street | | | Chicago | IL | 60601 | |
| State of Indiana Attorney General | Attn: Bankruptcy Dept | Indiana Government Center South | 302 W. Washington St., 5th Floor | | Indianapolis | IN | 46204 | |
| State of Kansas Attorney General | Attn: Bankruptcy Dept | 120 Sw 10Th Ave., 2Nd Floor | | | Topeka | KS | 66612-1597 | |
| State of Kentucky Attorney General | Attn: Bankruptcy Dept | 700 Capitol Avenue, Suite 118 | | | Frankfort | KY | 40601 | |
| State of Maryland | 301 West Preston Street, Room 801 | | | | Baltimore | MD | 21201-2395 | |
| State of Maryland Attorney General | Attn: Bankruptcy Dept | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| State of Maryland | State Office Bldg. | 301 W Preston Street | | | Baltimore | MD | 21201-2384 | |
| State of Massachusetts Attorney General | Attn: Bankruptcy Dept | One Ashburton Place | | | Boston | MA | 02108-1698 | |
| State of Michigan Attorney General | Attn: Bankruptcy Dept | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909-0212 | |
| State of Minnesota Attorney General | Attn: Bankruptcy Dept | 1400 Bremer Tower | 445 Minnesota Street | | St. Paul | MN | 55101-2131 | |
| State of Nebraska Attorney General | Attn: Bankruptcy Dept | 2115 State Capitol | 2Nd Fl, Rm 2115 | | Lincoln | NE | 68509-8920 | |
| State of Nevada Attorney General | Attn: Bankruptcy Dept | 100 North Carson Street | | | Carson City | NV | 89701 | |
| State of New Hampshire | Attn: Chris Sununu | 107 North Main Street | | | Concord | NH | 03301 | |
| State of New Hampshire | NH DRA | PO Box 637 | | | Concord | NH | 03302-0637 | |
| State of New Hampshire | PO Box 457 | | | | Concord | NH | 03302-0457 | |

In re: Big Village Holding LLC, *et al.*
Case No. 23-10174 (CTG)

Exhibit C

Interested Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| State of New Jersey Attorney General | Attn: Bankruptcy Dept | RJ Hughes Justice Complex | 25 Market Street | P.O. Box 080 | Trenton | NJ | 08625-0080 | |
| State of New Jersey Dept of Labor | 1 John Fitch PLz | | | | Trenton | NJ | 08611 | |
| State of New Jersey Dept of Labor | Division of Employer Accounts | NJDOL | PO Box 379 | | Trenton | NJ | 08625 | |
| State of New Jersey Dept of Labor | Division of Employer Acc | P.O. Box 929 | | | Trenton | NJ | 08646-0929 | |
| State of New York Attorney General | Attn: Bankruptcy Dept | The Capitol | | | Albany | NY | 12224-0341 | |
| State of North Carolina Attorney General | Attn: Bankruptcy Dept | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| State of North Dakota Attorney General | Attn: Bankruptcy Dept | State Capitol | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505-0040 | |
| State of Ohio Attorney General | Attn: Bankruptcy Dept | 30 E. Broad St., 14th Floor | | | Columbus | OH | 43215 | |
| State of Oregon Attorney General | Attn: Bankruptcy Dept | 1162 Court Street NE | | | Salem | OR | 97301 | |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Dept | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | |
| State of South Carolina | 300A Outlet Pointe Boulevard | | | | Columbia | SC | 29210 | |
| State of South Carolina | Department of Revenue Coporation | PO Box 125 | | | Columbia | SC | 29214-0400 | |
| State of Texas Attorney General | Attn: Bankruptcy Dept | Capitol Station | Po Box 12548 | | Austin | TX | 78711-2548 | |
| State of Vermont Attorney General | Attn: Bankruptcy Dept | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| State of Virginia Attorney General | Attn: Bankruptcy Dept | 900 East Main Street | | | Richmond | VA | 23219 | |
| State of Washington Attorney General | Attn: Bankruptcy Dept | 1125 Washington St. SE | P.O. Box 40100 | | Olympia | WA | 98504-0100 | |
| Texas Comptroller of Public Accounts | Lyndon B. Johnson State Office Building | 111 East 17th Street | | | Austin | TX | 78774 | |
| Texas Sales/Use Tax | Texas Comptroller of Public Accounts | P.O. Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| Texas Secretary Of State, Statutory Filings Division, Corporations Section | 1019 Brazos St. | | | | Austin | TX | 78701 | |
| Texas Workforce Commission | 101 E. 15th Street | | | | Austin | TX | 78778-0091 | |
| United States Attorney General/Antitrust Division of Department of Justice | 950 Pennsylvania Avenue, NW | | | | Washington | DC | 20530-0001 | |
| United States of America Attorney General | Attn: Bankruptcy Department | US Dept of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |
| United States Treasury | 1500 Pennsylvania Avenue, NW | | | | Washington | DC | 20220 | |
| United States Treasury | Internal Revenue Service | | | | Ogden | UT | 84201-0039 | |
| United States Treasury | Internal Revenue Service | P.O. Box 9941, Stop 5500 | | | Ogden | UT | 84409 | |
| United States Treasury | PO Box 71052 | | | | Philadelphia | PA | 19176-6052 | |
| Utah State Tax Commission | 210 North 1950 West | | | | Salt Lake City | UT | 84134 | |
| Utah State Tax Commission | Corporate/Partnership Tax Payment | 210 N 1950 W | | | Salt Lake City | UT | 84134-0180 | |
| Vermont Secretary Of State | 128 State Street | | | | Montpelier | VT | 05633-1101 | |
| Vermont - Tax | 133 State Street | 1st Floor Lobby | | | Montpelier | VT | 05602 | |
| Vermont - Tax | Vermont Department of Taxes | 133 State Street | 1st Floor | | Montpelier | VT | 05633-1401 | |

Exhibit C
Interested Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Washington DC Attorney General | Attn: Bankruptcy Dept | 441 4th Street, NW | | | Washington | DC | 20001 | |
| Washington Office Of The Secretary Of State, Corporations Division | 801 Capitol Way South | | | | Olympia | WA | 98501 | |
| Washington State Dept of Rev | Attn: Bankruptcy Unit | 2101 4th Ave | Suite 1400 | | Seattle | WA | 98121 | |
| Western Alliance Bank | 55 Almaden Boulevard | Suite 100 | | | San Jose | CA | 95113 | |
| Winston & Strawn LLP | Attn: Mats G. Carlston | 200 Park Avenue | | | New York | NY | 10166 | |