**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, *et al.*,[1] | Case No. 23-10174 (CTG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via Email on the Respondents Service List attached hereto as **Exhibit B**; (3) by the method set forth on the Interested Parties Service List attached hereto as **Exhibit C**; and (4) via email on the clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

- Supplemental Declaration of Zachary Rose in Support of the Debtors' Sale and Auction [Docket No. 213]

- Supplemental Declaration of Sachin Lulla in Support of the Debtors' Sale of Assets [Docket No. 214]

- Notice of Winning Bidders and Back-Up Bidders [Docket No. 215]

- Notice of Filing of Proposed Sale Order: Managed Services Business [Docket No. 216]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings, LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media, LLC (7288); EMX Digital Inc. (5543); Big Village USA Corporation Inc. (3414); Big Village Agency LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447).  The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 08540.

Dated: April 27, 2023

                                                */s/ Ishrat Khan*
                                                Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 27, 2023, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to InMarket Media LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | RPalacio@ashbygeddes.com | Email |
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to InMarket Media LLC | Hahn Loeser & Parks LLP | Attn: Lawrence E. Oscar, Daniel A. DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | leoscar@hahnlaw.com<br>dademarco@hahnlaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser,  Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Kristin Going<br>One Vanderbilt Avenue<br>New York NY 10017 | kgoing@mwe.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Maris J. Kandestin<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington DE 19801 | mkandestin@mwe.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | jpomerantz@pszjlaw.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | sgolden@pszjlaw.com | Email |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | DPfeffer@tarterkrinsky.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Respondents Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAILS |
|---|---|---|---|
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: Stephanie Slater | sslater@foxrothschild.com |
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: David P. Papiez | dpapiez@foxrothschild.com |
| Counsel to Google LLC | White And Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Counsel to Google LLC | White And Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |

**Exhibit C**

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522717 | Alabama Department of Revenue | 50 N. Ripley St. | Montgomery | AL | 36130 | | First Class Mail |
| 27519620 | Alabama Department of Revenue | Business Privilege Tax Section, PO Box 327320 | Montgomery | AL | 36132-7320 | | First Class Mail |
| 27522750 | Alabama Department of Revenue | Income Tax Administration Division, Corporate Tax Section, P.O. Box 327430 | Montgomery | AL | 36132-7430 | | First Class Mail |
| 27522794 | Alabama Secretary Of State, Corporations Division | RSA Plaza - Suite 580, 770 Washington Avenue | Montgomery | AL | 36104 | | First Class Mail |
| 27522795 | Alaska Department of Commerce, Community and Economic Development, Div of Corporations | 550 W 7th Ave, Ste 1500 | Anchorage | AK | 99501-3567 | | First Class Mail |
| 27522796 | Arizona Corporation Commission, Corporations Division | 1300 W. Washington Street | Phoenix | AZ | 85007-2996 | | First Class Mail |
| 27522664 | Avid Bank | 1732 North 1st Street, 6th Floor | San Jose | CA | 95112 | | First Class Mail |
| 27522651 | BNP Paribas, as Collateral Agent | 787 Seventh Avenue | New York | NY | 10019 | | First Class Mail |
| 27522652 | BNP Paribas, as First Lien Collateral Agent | 787 Seventh Avenue | New York | NY | 10019 | | First Class Mail |
| 27522654 | BNP Paribas | Attn: Brock Harris / Yung Wu, 787 Seventh Avenue | New York | NY | 10019 | brock.harris@us.bnpparibas.com; yung.wu@us.bnpparibas.com | First Class Mail and Email |
| 27522659 | BNP Paribas | Attn: Merchant Banking Group – David Gilio/Peter Fritz, 787 Seventh Avenue | New York | NY | 10019 | david.gilio@us.bnpparibas.com; peter.fritz@us.bnpparibas.com | First Class Mail and Email |
| 27522655 | BNP Paribas RCC | | | | | dl.nyls.agency.support@americas.bnpparibas.com | Email |
| 27522656 | BNP Paribas RCC | | | | | dl.nytfstandby@us.bnpparibas.com | Email |
| 27522660 | BNP Paribas RCC | | | | | dl.nyk.regional.agency@ca.bnpparibas.com; dl.nytfstandby@us.bnppparibas.com | Email |
| 27522797 | California Secretary Of State | 1500 11th Street | Sacramento | CA | 95814 | | First Class Mail |
| 27522725 | City of Boston Collector Of Taxes | 1 CITY HALL SQUARE, WINDOW M-30 | BOSTON | MA | 02201-2004 | | First Class Mail |
| 27522751 | City of Boston Collector Of Taxes | Box 55810 | Boston | MA | 02205 | | First Class Mail |
| 27522792 | City of Seattle | Customer Service Bureau, City Hall, 600 Fourth Ave. | Seattle | WA | 98104 | | First Class Mail |
| 27522752 | City of Seattle | P.O. Box 34214 | Seattle | WA | 98124-4214 | | First Class Mail |
| 27522753 | City of Springdale | Springdale Tax Commission, 11700 Springfield Pike | Springdale | OH | 45246 | | First Class Mail |
| 27522755 | City of Toledo Commissioner of Taxation | Division of Taxation and Treasury, P.O. Box 993 | Toledo | OH | 43697-0993 | | First Class Mail |
| 27522726 | City of Toledo Commissioner of Taxation | One Government Center, 640 Jackson Street | Toledo | OH | 43604 | | First Class Mail |
| 27522754 | City of Toledo | One Government Center, Suite 2070 | Toledo | OH | 43604 | | First Class Mail |
| 27522798 | Colorado Secretary Of State | 1700 Broadway, Suite 550 | Denver | CO | 80290 | | First Class Mail |
| 27522727 | Commissioner of Revenue Services | 450 Columbus Blvd., Suite 1 | Hartford | CT | 06103 | | First Class Mail |
| 27522756 | Commissioner of Revenue Services | Department of Revenue Services, PO Box 2974 | Hartford | CT | 06104-2974 | | First Class Mail |
| 27522757 | Commonwealth of Massachusetts | Collections Bureau/Bankruptcy Unit, P.O. Box 7090 | Boston | MA | 02204-7090 | | First Class Mail |
| 27521593 | Commonwealth of Massachusetts | Massachusetts Department of Revenue, PO Box 7062 | Boston | MA | 02204 | | First Class Mail |
| 27522728 | Commonwealth of Massachusetts | Massachusetts State House, 24 Beacon St., Office of the Governor, Room 280 | Boston | MA | 02133 | | First Class Mail |
| 27522758 | Comptroller of Public Accounts | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station | Austin | TX | 78711-3528 | | First Class Mail |
| 27522759 | Connecticut Corporate Tax | Department of Revenue Services, 450 Columbus Blvd., Ste 1 | Hartford | CT | 06103 | | First Class Mail |
| 27522760 | Connecticut Department of Labor | 200 Folly Brook Blvd | Wethersfield | CT | 06109 | | First Class Mail |
| 27522761 | DC Treasurer | 1101 4th Street SW, Suite 850W | Washington | DC | 20024 | | First Class Mail |
| 27522729 | DC Treasurer | Office of Tax and Revenue, 1101 4th Street, SW, Suite 270 West | Washington | DC | 20024 | | First Class Mail |
| 27521613 | DC Treasurer | Office of Tax and Revenue, PO Box 96019 | Washington | DC | 20090-6019 | | First Class Mail |
| 27522799 | Delaware Secretary Of State, Division Of Corporations | John G. Townsend Bldg., 401 Federal Street, – Suite 4 | Dover | DE | 19901 | | First Class Mail |

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522762 | District of Columbia (DC Sales and Use Tax) | 1101 4th Street SW, Suite 850W | Washington | DC | 20024 | | First Class Mail |
| 27522800 | District Of Columbia Department Of Consumer And Regulatory Affairs, Business and Professional Licensing Administration, Corporations Division | 1100 4th Street, SW | Washington | DC | 20024 | | First Class Mail |
| 27522842 | Environmental Protection Agency | Attn: General Counsel, Office Of General Counsel 2310A, 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | | First Class Mail |
| 27522840 | Federal Trade Commission | 600 Pennsylvania Avenue, NW | Washington | DC | 20580 | | First Class Mail |
| 27522801 | Florida Department Of State, Division Of Corporations | The Centre of Tallahassee, 2415 N. Monroe Street, Suite 810 | Tallahassee | FL | 32303 | | First Class Mail |
| 27522802 | Georgia Secretary Of State, Corporations Division | 2 MLK Jr. Drive, Suite 313, Floyd West Tower | Atlanta | GA | 30334-1530 | | First Class Mail |
| 27522763 | Government of the District of Columbia | 1101 4th Street SW, Suite W270 | Washington | DC | 20024 | | First Class Mail |
| 27522803 | Idaho Secretary Of State | 700 W. Jefferson St., Room E205 | Boise | ID | 83702 | | First Class Mail |
| 27522804 | Idaho Secretary Of State, Business Entities | 450 N. 4th Street | Boise | ID | 83702 | | First Class Mail |
| 27522730 | Idaho State Tax Commission | 11321 W Chinden Blvd Bldg 2 | Boise | ID | 83714 | | First Class Mail |
| 27522764 | Idaho State Tax Commission | Idaho State Tax Commission, PO Box 36 | Boise | ID | 83722-0410 | | First Class Mail |
| 27521699 | Idaho State Tax Commission | PO Box 83784 | Boise | ID | 83707-3784 | | First Class Mail |
| 27522793 | Illinois Department of Revenue | 555 West Monroe | Chicago | IL | 60661 | | First Class Mail |
| 27522765 | Illinois Department of Revenue | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station | Austin | TX | 78711-3528 | | First Class Mail |
| 27522805 | Illinois Secretary Of State | 213 State Capitol | Springfield | IL | 62756 | | First Class Mail |
| 27522806 | Illinois Secretary Of State, Department Of Business Services | 501 S. Second St., Rm. 350 | Springfield | IL | 62756 | | First Class Mail |
| 27522807 | Indiana Secretary Of State, Business Services Division | 302 W. Washington Street, Room E018 | Indianapolis | IN | 46204 | | First Class Mail |
| 27522731 | Internal Revenue Service | Centralized Insolvency Operation, 2970 Market St, Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | | First Class Mail |
| 27522766 | Internal Revenue Service | Centralized Insolvency Operation, P.O. Box 7346 | Philadelphia | PA | 19101-7346 | | First Class Mail |
| 27521708 | Internal Revenue Service | P.O. Box 742562 | Cincinnati | OH | 45280-2562 | | First Class Mail |
| 27522808 | Kansas Secretary Of State | Memorial Hall, 1st Floor, 120 SW 10th Avenue | Topeka | KS | 66612-1594 | | First Class Mail |
| 27521726 | Kentucky Department of Revenue | 501 High St | Frankfort | KY | 40601 | | First Class Mail |
| 27522809 | Kentucky Secretary Of State | 700 Capital Avenue, Suite 152 | Frankfort | KY | 40601 | | First Class Mail |
| 27522661 | Kirkland & Ellis LLP | Attn: Robert A. Wilson and James C. Anderson, 300 North LaSalle Street | Chicago | IL | 60654 | | First Class Mail |
| 27522662 | Lake Capital Management LLC | Attn: Collin Abert, 875 North Michigan Avenue, Suite 3250 | Chicago | IL | 60611 | | First Class Mail |
| 27522657 | Lake Capital Management LLC | Attn: Collin Abert, 980 Michigan Avenue, Suite 1300 | Chicago | IL | 60611 | | First Class Mail |
| 27522810 | Maryland State Department Of Assessments And Taxation | 301 W. Preston St. | Baltimore | MD | 21201-2395 | | First Class Mail |
| 27522811 | Massachusetts Secretary Of The Commonwealth | Corporations Division, McCormack Building, One Ashburton Place, 17th floor | Boston | MA | 02108 | | First Class Mail |
| 27522812 | Michigan Corporations, Securities & Commercial Licensing Division | 2407 N. Grand River Ave. | Lansing | MI | 48906 | | First Class Mail |
| 27522813 | Minnesota Secretary Of State | 180 State Office Building, 100 Rev. Dr. Martin Luther King Jr. Blvd. | Saint Paul | MN | 55155 | | First Class Mail |
| 27522814 | Minnesota Secretary Of State, Business Services Office | First National Bank Building, 332 Minnesota Street, Suite N201 | Saint Paul | MN | 55101 | | First Class Mail |

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522732 | Mississippi Department of Employment Security | Office of the Governor, 1235 Echelon Parkway, P.O. Box 1699 | Jackson | MS | 39215-1699 | | First Class Mail |
| 27522768 | Mississippi Department of Employment Security | PO Box 22781 | Jackson | MS | 39225-2781 | | First Class Mail |
| 27523320 | National Association of Attorneys General | Attn: Karen Cordry, 1850 M St., NW 12th Floor | Washington | DC | 20036 | kcordry@naag.org | First Class Mail and Email |
| 27522815 | Nebraska Business Services Division | 1201 N Street, Suite 120 | Lincoln | NE | 68508 | | First Class Mail |
| 27522733 | Nevada Dept of Taxation | 1550 College Parkway, Suite 115 | Carson City | NV | 89706 | | First Class Mail |
| 27522769 | Nevada Dept of Taxation | P.O. Box 52674 | Phoenix | AZ | 85072-2674 | | First Class Mail |
| 27522816 | Nevada Secretary Of State, Commercial Recordings Division | 101 N Carson Street Suite 3 | Carson City | NV | 89701 | | First Class Mail |
| 27522817 | New Jersey Department Of The Treasury, Division Of Revenue, Business Services Bureau | PO Box 628 | Trenton | NJ | 08625-0628 | | First Class Mail |
| 27522770 | New Jersey Division of Taxation | Bankruptcy Section, PO Box 245 | Trenton | NJ | 08695-0245 | | First Class Mail |
| 27521787 | New Jersey Division of Taxation | PO Box 666 | Trenton | NJ | 08646-0666 | | First Class Mail |
| 27520129 | New Jersey Division of Taxation | P.O. Box 999 Rev Proc Ctr | Trenton | NJ | 08646-0999 | | First Class Mail |
| 27522818 | New York Department Of State, Division Of Corporations, State Records And Uniform Commercial Code | One Commerce Plaza, 99 Washington Ave, 6th floor | Albany | NY | 12231-0001 | | First Class Mail |
| 27522819 | New York Secretary Of State | One Commerce Plaza, 99 Washington Ave | Albany | NY | 12231-0001 | | First Class Mail |
| 27522771 | New York State Corporation Tax | NEW YORK STATE DEPT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300 | ALBANY | NY | 12205-0300 | | First Class Mail |
| 27522734 | New York State Corporation Tax | PO BOX 15180 | ALBANY | NY | 12212-5180 | | First Class Mail |
| 27522820 | North Carolina Secretary Of State, Corporations Division | 2 South Salisbury St. | Raleigh | NC | 27601-2903 | | First Class Mail |
| 27522821 | North Dakota Secretary Of State, Business Information/Registration Division | 600 E Boulevard Avenue Dept 108 | Bismarck | ND | 58505-0500 | | First Class Mail |
| 27522773 | NYC Department of Finance | 66 John Street, Room 104 | New York | NY | 10038 | | First Class Mail |
| 27522735 | NYC Department of Finance | Correspondence Unit, One Centre Street, 22nd Floor | New York | NY | 10007 | | First Class Mail |
| 27521793 | NYC Department of Finance | P.O. Box 3931 | New York | NY | 10008-3931 | | First Class Mail |
| 27522772 | NY State Department of Tax and Finance | NEW YORK STATE DEPT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300 | ALBANY | NY | 12205-0300 | | First Class Mail |
| 27520137 | NY State Department of Tax and Finance | Attn: Office of Counsel, Building 9, W A Harriman Campus | Albany | NY | 12227 | | First Class Mail |
| 27522822 | Ohio Secretary Of State | 22 North Fourth Street | Columbus | OH | 43215 | | First Class Mail |
| 27521803 | Ohio Treasurer of State - CAT Quarterly | 30 E. Broad Street - 9th Floor | Columbus | OH | 43215 | | First Class Mail |
| 27522774 | Ohio Treasurer of State | Ohio Treasurer, 30 E. Broad Street - 9th Floor | Columbus | OH | 43215 | | First Class Mail |
| 27520141 | Ohio Treasurer of State | P.O. Box 182101 | Collumbus | OH | 43218-2101 | | First Class Mail |
| 27522718 | Ohio Treasurer of State | Attn: Robert Sprague, 30 E. Broad Street - 9th Floor | Columbus | OH | 43215 | | First Class Mail |
| 27521804 | Ohio Treasurer of State - USE TAX | 4485 Northland Ridge Blvd. | Columbus | OH | 43229 | | First Class Mail |
| 27522775 | Ohio Treasurer of State - USE TAX | Ohio Treasurer, 30 E. Broad Street - 9th Floor | Columbus | OH | 43215 | | First Class Mail |
| 27522720 | Oklahoma Tax Commission | Franchise Tax, General Counsel's Office, 2501 N. Lincoln Blvd. | Oklahoma City | OK | 73105-4301 | | First Class Mail |
| 27522776 | Oklahoma Tax Commission | General Counsel's Office, 2501 N. Lincoln Blvd. | Oklahoma City | OK | 73105-4301 | | First Class Mail |
| 27522719 | Oklahoma Tax Commission | Income Tax, General Counsel's Office, 2501 N. Lincoln Blvd. | Oklahoma City | OK | 73105-4301 | | First Class Mail |
| 27520142 | Oklahoma Tax Commission | Income Tax, PO Box 26890 | Oklahoma City | OK | 73126-0890 | | First Class Mail |
| 27522736 | Oregon Department of Revenue | 955 Center St NE | Salem | OR | 97301-2555 | | First Class Mail |
| 27521808 | Oregon Department of Revenue | PO Box 14950 | Salem | OR | 97309-0950 | | First Class Mail |

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522721 | Oregon Employment Department | 875 Union St. NE | Salem | OR | 97311 | | First Class Mail |
| 27522778 | Oregon Employment Department | Employment Tax, Unit 02, PO Box 4395 | Portland | OR | 97208-4395 | | First Class Mail |
| 27522823 | Oregon Secretary Of State, Corporation Division | Public Service Building, 255 Capitol St. NE, Suite 151 | Salem | OR | 97310 | | First Class Mail |
| 27522653 | Pacific Western Bank | Attn: Trade Finance Dept, 110 West A Street, 2nd Floor | San Diego | CA | 92101 | | First Class Mail |
| 27522722 | PA Department of Revenue | Harrisburg Call Center, 6th Floor Strawberry Square-Quad 620, 4th and Walnut Street | Harrisburg | PA | 17128-1210 | | First Class Mail |
| 27520150 | PA Department of Revenue | PO Box 280422 | Harrisburg | PA | 17128-0422 | | First Class Mail |
| 27522779 | PA Department of Revenue | PO BOX 280427 | HARRISBURG | PA | 17128-0427 | | First Class Mail |
| 27522824 | Pennsylvania Department Of State, Corporation Bureau | 401 North Street, 206 North Office Building | Harrisburg | PA | 17120 | | First Class Mail |
| 27522825 | Pennsylvania Secretary Of State | 302 North Office Building, 401 North Street | Harrisburg | PA | 17120 | | First Class Mail |
| 27522780 | SC Department of Revenue | Corporate Income Tax Payment | Columbia | SC | 29214-0007 | | First Class Mail |
| 27522781 | South Carolina Department of Revenue | 300A Outlet Pointe Boulevard | Columbia | SC | 29210 | | First Class Mail |
| 27522737 | South Carolina Department of Revenue | Attn: Director, PO Box 125 | Columbia | SC | 29214-0505 | | First Class Mail |
| 27521880 | South Carolina Department of Revenue | PO Box 100153 | Columbia | SC | 29202 | | First Class Mail |
| 27522740 | Square 1 Bank | 406 Blackwell Street, Ste. 240 | Durham | NC | 27701 | | First Class Mail |
| 27522831 | Stalking Horse Bidders | c/o Ballard Spahr LLP, Attn: Tobey Marie Daluz, 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 | daluzt@ballardspahr.com | First Class Mail and Email |
| 27522830 | Stalking Horse Bidders | c/o DLA Piper, Attn: C. Kevin Kobbe, The Marbury Building, 6225 Smith Avenue | Baltimore | MD | 21209-3600 | kevin.kobbe@us.dlapiper.com | First Class Mail and Email |
| 27523289 | State of Alabama Attorney General | Attn: Bankruptcy Dept, P.O. Box 300152 | Montgomery | AL | 36130-0152 | | First Class Mail |
| 27523290 | State of Alaska Attorney General | Attn: Bankruptcy Dept, P.O. Box 110300 | Juneau | AK | 99811-0300 | attorney.general@alaska.gov | First Class Mail and Email |
| 27523291 | State of Arizona Attorney General | Attn: Bankruptcy Dept, 2005 N Central Ave | Phoenix | AZ | 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| 27523292 | State of California Attorney General | Attn: Bankruptcy Dept, P.O. Box 944255 | Sacramento | CA | 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| 27523293 | State of Colorado Attorney General | Attn: Bankruptcy Dept, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor | Denver | CO | 80203 | | First Class Mail |
| 27523294 | State of Delaware Attorney General | Attn: Bankruptcy Dept, Carvel State Office Bldg., 820 N. French St. | Wilmington | DE | 19801 | attorney.general@state.de.us | First Class Mail and Email |
| 27523296 | State of Florida Attorney General | Attn: Bankruptcy Dept, The Capitol, PL 01 | Tallahassee | FL | 32399-1050 | | First Class Mail |
| 27523297 | State of Georgia Attorney General | Attn: Bankruptcy Dept, 40 Capital Square, SW | Atlanta | GA | 30334-1300 | | First Class Mail |
| 27523298 | State of Idaho Attorney General | Attn: Bankruptcy Dept, 700 W. Jefferson Street, P.O. Box 83720 | Boise | ID | 83720-1000 | | First Class Mail |
| 27523299 | State of Illinois Attorney General | Attn: Bankruptcy Dept, 100 West Randolph Street | Chicago | IL | 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| 27523300 | State of Indiana Attorney General | Attn: Bankruptcy Dept, Indiana Government Center South, 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 | info@atg.in.gov | First Class Mail and Email |
| 27523301 | State of Kansas Attorney General | Attn: Bankruptcy Dept, 120 Sw 10Th Ave., 2Nd Floor | Topeka | KS | 66612-1597 | | First Class Mail |
| 27523302 | State of Kentucky Attorney General | Attn: Bankruptcy Dept, 700 Capitol Avenue, Suite 118 | Frankfort | KY | 40601 | | First Class Mail |
| 27520289 | State of Maryland | 301 West Preston Street, Room 801 | Baltimore | MD | 21201-2395 | | First Class Mail |
| 27523303 | State of Maryland Attorney General | Attn: Bankruptcy Dept, 200 St. Paul Place | Baltimore | MD | 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| 27522782 | State of Maryland | State Office Bldg., 301 W Preston Street | Baltimore | MD | 21201-2384 | | First Class Mail |
| 27523304 | State of Massachusetts Attorney General | Attn: Bankruptcy Dept, One Ashburton Place | Boston | MA | 02108-1698 | ago@state.ma.us | First Class Mail and Email |
| 27523305 | State of Michigan Attorney General | Attn: Bankruptcy Dept, G. Mennen Williams Building, 7th Floor, 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| 27523306 | State of Minnesota Attorney General | Attn: Bankruptcy Dept, 1400 Bremer Tower, 445 Minnesota Street | St. Paul | MN | 55101-2131 | | First Class Mail |
| 27523307 | State of Nebraska Attorney General | Attn: Bankruptcy Dept, 2115 State Capitol, 2Nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| 27523308 | State of Nevada Attorney General | Attn: Bankruptcy Dept, 100 North Carson Street | Carson City | NV | 89701 | aginfo@ag.nv.gov | First Class Mail and Email |
| 27522738 | State of New Hampshire | Attn: Chris Sununu, 107 North Main Street | Concord | NH | 03301 | | First Class Mail |
| 27521885 | State of New Hampshire | NH DRA, PO Box 637 | Concord | NH | 03302-0637 | | First Class Mail |

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522783 | State of New Hampshire | PO Box 457 | Concord | NH | 03302-0457 | | First Class Mail |
| 27523309 | State of New Jersey Attorney General | Attn: Bankruptcy Dept, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| 27522724 | State of New Jersey Dept of Labor | 1 John Fitch PLz | Trenton | NJ | 08611 | | First Class Mail |
| 27522784 | State of New Jersey Dept of Labor | Division of Employer Accounts, NJDOL, PO Box 379 | Trenton | NJ | 08625 | | First Class Mail |
| 27520290 | State of New Jersey Dept of Labor | Division of Employer Acc, P.O. Box 929 | Trenton | NJ | 08646-0929 | | First Class Mail |
| 27523310 | State of New York Attorney General | Attn: Bankruptcy Dept, The Capitol | Albany | NY | 12224-0341 | | First Class Mail |
| 27523311 | State of North Carolina Attorney General | Attn: Bankruptcy Dept, 9001 Mail Service Center | Raleigh | NC | 27699-9001 | | First Class Mail |
| 27523312 | State of North Dakota Attorney General | Attn: Bankruptcy Dept, State Capitol, 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| 27523313 | State of Ohio Attorney General | Attn: Bankruptcy Dept, 30 E. Broad St., 14th Floor | Columbus | OH | 43215 | | First Class Mail |
| 27523314 | State of Oregon Attorney General | Attn: Bankruptcy Dept, 1162 Court Street NE | Salem | OR | 97301 | consumer.hotline@doj.state.or.us; david.hart@doj.state.or.us; kelsiecrippen@markowitzherbold.com; anitjindal@markowitzherbold.com; harrywilson@markowitzherbold.com | First Class Mail and Email |
| 27523315 | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept, Strawberry Square, 16th Floor | Harrisburg | PA | 17120 | | First Class Mail |
| 27522785 | State of South Carolina | 300A Outlet Pointe Boulevard | Columbia | SC | 29210 | | First Class Mail |
| 27520291 | State of South Carolina | Department of Revenue Coporation, PO Box 125 | Columbia | SC | 29214-0400 | | First Class Mail |
| 27523316 | State of Texas Attorney General | Attn: Bankruptcy Dept, Capitol Station, Po Box 12548 | Austin | TX | 78711-2548 | public.information@oag.state.tx.us | First Class Mail and Email |
| 27523317 | State of Vermont Attorney General | Attn: Bankruptcy Dept, 109 State St. | Montpelier | VT | 05609-1001 | ago.info@vermont.gov | First Class Mail and Email |
| 27523318 | State of Virginia Attorney General | Attn: Bankruptcy Dept, 900 East Main Street | Richmond | VA | 23219 | | First Class Mail |
| 27523319 | State of Washington Attorney General | Attn: Bankruptcy Dept, 1125 Washington St. SE, P.O. Box 40100 | Olympia | WA | 98504-0100 | | First Class Mail |
| 27520608 | Texas Comptroller of Public Accounts | Lyndon B. Johnson State Office Building, 111 East 17th Street | Austin | TX | 78774 | | First Class Mail |
| 27522786 | Texas Sales/Use Tax | Texas Comptroller of Public Accounts, P.O. Box 13528, Capitol Station | Austin | TX | 78711-3528 | | First Class Mail |
| 27522826 | Texas Secretary Of State, Statutory Filings Division, Corporations Section | 1019 Brazos St. | Austin | TX | 78701 | | First Class Mail |
| 27522787 | Texas Workforce Commission | 101 E. 15th Street | Austin | TX | 78778-0091 | | First Class Mail |
| 27522841 | United States Attorney General/Antitrust Division of Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | | First Class Mail |
| 27523321 | United States of America Attorney General | Attn: Bankruptcy Department, US Dept of Justice, 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | First Class Mail |
| 27522739 | United States Treasury | 1500 Pennsylvania Avenue, NW | Washington | DC | 20220 | | First Class Mail |
| 27520367 | United States Treasury | Internal Revenue Service | Ogden | UT | 84201-0039 | | First Class Mail |
| 27521913 | United States Treasury | Internal Revenue Service, P.O. Box 9941, Stop 5500 | Ogden | UT | 84409 | | First Class Mail |
| 27521914 | United States Treasury | PO Box 71052 | Philadelphia | PA | 19176-6052 | | First Class Mail |
| 27522789 | Utah State Tax Commission | 210 North 1950 West | Salt Lake City | UT | 84134 | | First Class Mail |
| 27521918 | Utah State Tax Commission | Corporate/Partnership Tax Payment, 210 N 1950 W | Salt Lake City | UT | 84134-0180 | | First Class Mail |
| 27522827 | Vermont Secretary Of State | 128 State Street | Montpelier | VT | 05633-1101 | | First Class Mail |
| 27521925 | Vermont - Tax | 133 State Street, 1st Floor Lobby | Montpelier | VT | 05602 | | First Class Mail |
| 27522790 | Vermont - Tax | Vermont Department of Taxes, 133 State Street, 1st Floor | Montpelier | VT | 05633-1401 | | First Class Mail |
| 27523295 | Washington DC Attorney General | Attn: Bankruptcy Dept, 441 4th Street, NW | Washington | DC | 20001 | oag@dc.gov | First Class Mail and Email |
| 27522829 | Washington Office Of The Secretary Of State, Corporations Division | 801 Capitol Way South | Olympia | WA | 98501 | | First Class Mail |
| 27522791 | Washington State Dept of Rev | Attn: Bankruptcy Unit, 2101 4th Ave, Suite 1400 | Seattle | WA | 98121 | | First Class Mail |
| 27522665 | Western Alliance Bank | 55 Almaden Boulevard, Suite 100 | San Jose | CA | 95113 | | First Class Mail |

Exhibit C
Interested Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 27522663 | Winston & Strawn LLP | Attn: Mats G. Carlston, 200 Park Avenue | New York | NY | 10166 | mcarlston@winston.com | First Class Mail and Email |