## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, *et al.*,[1] | Case No. 23-10174 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Response Deadline: June 5, 2023, at 4:00 p.m. (ET)** |

### DEBTORS' FIRST NOTICE OF SATISFACTION OF CLAIMS

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES
> AND THEIR FULLY SATISFIED CLAIMS IDENTIFIED ON
> EXHIBIT A AND EXHIBIT B ATTACHED HERETO.**

TO:    (I) THE U.S. TRUSTEE; (II) THE CLAIMANTS WHOSE FULLY SATISFIED CLAIMS ARE SUBJECT TO THIS NOTICE; AND (III) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby file this notice (this "**Notice**") identifying certain claims filed and scheduled in the Debtors' chapter 11 cases, and listed on **Exhibit A** and **Exhibit B** attached hereto, which have been fully satisfied postpetition (each, a "**Fully Satisfied Claim**," and collectively, the "**Fully Satisfied Claims**"). In further support of this Notice, the Debtors respectfully represent as follows:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Big Village Holding LLC (6595); Big Village Group Holdings LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media LLC (7288); EMX Digital, Inc. (5543); Big Village USA Corporation, Inc. (3414); Big Village Agency, LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447).  The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 80540.

## BACKGROUND

**A.      General Background**

1.      On February 8, 2023 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 24, 2023, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed the official committee of unsecured creditors for these chapter 11 cases.  No request has been made for the appointment of a trustee or examiner.

2.      Additional information regarding the Debtors' business, their capital structure, and the circumstances leading to the filing of these chapter 11 cases is set forth in the *Declaration of Kasha Cacy in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] (the "**First Day Declaration**").[2]

**B.      Specific Background**

3.      On February 9, 2023, the Court entered certain orders granting the First Day Pleadings on an interim basis.  *See* D.I. 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.  On March 6, 2023 and March 13, 2023, as applicable, the Court entered orders approving, on a final basis, the relief in the First Day Pleadings.  *See* D.I. 89, 90, 91, 96, 97, 98, 99, and 130.

4.      On April 10, 2023, and April 12, 2023, the Court entered orders (collectively, the "**Sale Orders**") approving the sales of certain of the Debtors' assets (collectively, the "**Sales**") to, and the associated asset purchase agreements (collectively, the "**APAs**") with, Bright Mountain Media, Inc., Insticator, Inc., ZStream Acquisition LLC, and

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

Cadent (collectively, the "**Purchasers**").  *See* D.I. 234, 235, 236, and 241.  The Sales closed on or before April 21, 2023.

<u>**BAR DATE AND PROOFS OF CLAIM**</u>

5.      On March 13, 2023, each Debtor filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs, as may have been amended from time to time.  Additionally, in the ordinary course of business, the Debtors maintain books and records (the "**Books and Records**") that reflect, among other things, the Debtors' aggregate liabilities and the specific amounts owed to each of their creditors.

6.      On February 20, 2023, the Debtors filed a motion [D.I. 58] (the "**Bar Date Motion**") seeking to set bar dates and establish procedures for filing proofs of claim (the "**Proofs of Claim**").  On March 6, 2023, the Court entered an order approving the Bar Date Motion [D.I. 101] (the "**Bar Date Order**").  The Bar Date Order, among other things, approved a corresponding form of notice (a "**Bar Date Notice**").

7.      The Debtors established April 27, 2023 as the General Claims Bar Date and served a Bar Date Notice reflecting such date on all known potential claimants of each applicable Debtor entity.  On March 16, 2023, the Debtors also published the Bar Date Notice in the *USA Today* (national edition).  *See* D.I. 164.

8.      As of the date hereof, the Debtors, their professional advisors, and Kroll Restructuring Administration LLC ("**Kroll**") have identified on the Debtors' register of claims (the "**Claims Register**"), which register is prepared, maintained, and provided by Kroll, approximately 1,190 Proofs of Claim filed against the Debtors in these chapter 11 cases by persons purporting to be holders of Claims (the "**Claimants**") and certain claims scheduled by the Debtors on their Schedules (each, a "**Claim**," and collectively, the "**Claims**").  The Debtors

and their advisors are in the process of reviewing and reconciling the Claims with the Debtors'
Books and Records to determine the validity of the Claims.

<u>**CLAIMS SATISFIED AFTER THE PETITION DATE**</u>

9.    The Debtors have reviewed their Books and Records and have determined
that the Fully Satisfied Claims listed on <u>**Exhibit A**</u> and <u>**Exhibit B**</u> attached hereto have been
(a) satisfied in full by payments made after the Petition Date pursuant to the First Day Pleadings,
or (b) satisfied in full as to the Debtors through the Purchasers' assumption of certain underlying
liabilities pursuant to the Sale Orders and APAs, as applicable.  Accordingly, no further
distributions are required on account of such Fully Satisfied Claims, and the Debtors, through
Kroll, intend to designate the Fully Satisfied Claims on their Claims Register as having been
fully satisfied so that their records are accurate for purposes of making distributions under any
chapter 11 plan or plans in these chapter 11 cases.

<u>**RESPONSES TO THIS NOTICE**</u>

10.    By this Notice, the Debtors request that any holder of a Fully Satisfied
Claim who disputes the Debtors' determination that its Fully Satisfied Claim has been satisfied
in full file a written response (the "**Response**") with the Office of the Clerk of the United States
Bankruptcy Court for the District of Delaware (the "**Clerk**"), 824 North Market Street, 3rd
Floor, Wilmington, Delaware 19801.  In addition, such Claimant must serve its Response upon
the following, so that the Response is received no later than **<u>June 5, 2023, at 4:00 p.m.
(prevailing Eastern Time)</u>** (the "**Response Deadline**"):  Young Conaway Stargatt & Taylor
LLP, 1000 N. King St., Suite 2-328, Wilmington, DE 19801, Attn: Joseph M. Mulvihill and
Timothy R. Powell.

30365805.1

11.     Every Response must contain, at a minimum, the following information:

a.      a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of this Notice;

b.      the name of the Claimant, the number of his/her/its Fully Satisfied Claim, and a description of the basis for the amount of the Fully Satisfied Claim that the Claimant is contesting has not been satisfied;

c.      the specific factual basis, supporting legal argument, and any supporting documentation, to the extent such documentation was not included with the Fully Satisfied Claim previously filed with the Clerk or Kroll, upon which the Claimant will rely in opposing this Notice and the Debtors' determinations set forth therein; and

d.      the name, address, telephone number, electronic mail address, and fax number of the person(s) (which may be the Claimant or its legal representative) with whom counsel for the Debtors should communicate with respect to the Fully Satisfied Claim or this Notice and who possesses authority to reconcile, settle, or otherwise resolve any issues relating to the Fully Satisfied Claim on behalf of the Claimant.

12.     Upon the Debtors' receipt of a Response, the Debtors will then make a good faith effort to review the relevant Fully Satisfied Claim in light of such Response to determine whether there is a basis upon which to sustain the Claimant's assertion that its Claim in fact is not a Fully Satisfied Claim.  In the event the parties are unable to reach a resolution, the Debtors will schedule a hearing on the Fully Satisfied Claim.  The Debtors reserve the right to contest any new assertions of liability against the Debtors made by the holders of Fully Satisfied Claims with respect to their Claims.

13.     If a Claimant fails to file and serve a timely Response by the Response Deadline, (a) the Claimant is deemed to have consented to this Notice and the Debtors' determinations with respect to its Fully Satisfied Claim, as set forth therein, and (b) Kroll shall immediately, and without further notice to any party (including the Claimant), mark such Fully Satisfied Claim as fully satisfied on the Claims Register.

30365805.1

## **RESERVATION OF RIGHTS**

14.     The Debtors reserve any and all rights to amend, supplement, or otherwise modify this Notice and to file additional notices of this nature and objections to claims with respect to any and all Claims filed in these chapter 11 cases.  The Debtors also reserve any and all rights, claims, and defenses with respect to the Fully Satisfied Claims, and nothing included in or omitted from this Notice is intended or should be construed as:  (a) an admission as to the validity of any Claim; (b) a waiver of the Debtors' rights to dispute any Claim on any grounds, including the face value of any Fully Satisfied Claim asserted in the applicable Proof of Claim, under applicable law, including state law; (c) a promise or requirement to pay any Claim; (d) an implication or admission that any Claim is of a type referenced or defined herein or therein; (e) a waiver or limitation of any of the Debtors' rights under the Bankruptcy Code or applicable law or under any proposed plan of the Debtors; or (f) a waiver of the Debtors' rights to assert that any other party is in breach or default of any agreement.

[*Remainder of Page Intentionally Left Blank*]

30365805.1

Dated: May 22, 2023                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Matthew B. Lunn (No. 4119)
Joseph M. Mulvihill (No. 6061)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Tel.: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
        jbarry@ycst.com
        mlunn@ycst.com
        jmulvihill@ycst.com

*Counsel for Debtors and Debtors in Possession*

30365805.1

## EXHIBIT A

**Fully Satisfied Claims**

| Seq. No. | Claimant | Case Number | Debtor | Filed Date | Claim No. | Asserted Claim Amount | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|
| 1 | AcuityAds Inc. | 23-10182 | Big Village Agency, LLC | 4/11/2023 | 162 | $ 75,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 2 | Cybage Software Private Limited | 23-10174 | Big Village Holding LLC | 4/18/2023 | 181 | 59,490 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 3 | Dash Market Research LLC | 23-10174 | Big Village Holding LLC | 2/23/2023 | 38 | 121,816 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 4 | Empower Translate (Global) Limited | 23-10178 | Big Village Insights, Inc. | 4/10/2023 | 160 | 93,804 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 5 | FieldworkHub Ltd | 23-10178 | Big Village Insights, Inc. | 2/28/2023 | 48 | 86,719 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 6 | Kyriakakis, Chris | 23-10178 | Big Village Insights, Inc. | 3/24/2023 | 121 | 2,363 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 7 | Microsoft Corporation | 23-10176 | Big Village Group Inc. | 4/27/2023 | 266 | 69,832 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 8 | Mindforce Research and Hiring Solutions Pvt Ltd | 23-10178 | Big Village Insights, Inc. | 4/4/2023 | 143 | 22,915 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 9 | National Opinion Research Center | 23-10178 | Big Village Insights, Inc. | 4/13/2023 | 165 | 397,632 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 10 | New South Research | 23-10174 | Big Village Holding LLC | 4/3/2023 | 141 | 45,120 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 11 | OP4G Inc | 23-10178 | Big Village Insights, Inc. | 3/14/2023 | 84 | 12,215 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 12 | Precise Printing & Mailing | 23-10174 | Big Village Holding LLC | 3/28/2023 | 136 | 50,236 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 13 | Prodege, LLC | 23-10178 | Big Village Insights, Inc. | 4/7/2023 | 155 | 297,241 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 14 | Speedy Printing and Mailing Inc | 23-10178 | Big Village Insights, Inc. | 4/6/2023 | 153 | 50,236 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 15 | Trustworthy Accountability Group, Inc. | 23-10180 | EMX Digital, Inc. | 4/26/2023 | 238 | 75,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 16 | United Mail LLC | 23-10178 | Big Village Insights, Inc. | 3/17/2023 | 100 | 68,295 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |

**EXHIBIT B**

**Fully Satisfied Scheduled Claims**

| Seq. No. | Claimant | Case Number | Debtor | Filed Date | Schedule Number | Scheduled Claim Amount | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|
| 1 | 360insights (USA) Ltd. | 23-10183 | Balihoo, Inc. | N/A | 5624608 | $ 59,325 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 2 | AcuityAds Inc. | 23-10184 | Deep Focus, Inc. | N/A | 5623899 | 75,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 3 | Adapt Inc | 23-10178 | Big Village Insights, Inc. | N/A | 5624297 | 59,303 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 4 | American Express - Louis Ashner | 23-10180 | EMX Digital, Inc. | N/A | 5624410 | 1,429 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 5 | American Express - Peggy Henson | 23-10178 | Big Village Insights, Inc. | N/A | 5624535 | 4,189 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 6 | American Express - Rich Catron | 23-10178 | Big Village Insights, Inc. | N/A | 5624630 | 4,044 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 7 | American Express - RJ Murphy | 23-10176 | Big Village Group Inc. | N/A | 5624411 | 1,057 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 8 | American Express - Vincent Romito | 23-10176 | Big Village Group Inc. | N/A | 5624588 | 55 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 9 | American Express / GBT US LLC | 23-10176 | Big Village Group Inc. | N/A | 5624345 | 2,224 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 10 | Babcock, Steven | 23-10184 | Deep Focus, Inc. | N/A | 5623901 | 2,600 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 11 | C&F MARKET RESEARCH | 23-10178 | Big Village Insights, Inc. | N/A | 5623891 | 14,199 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 12 | Canon Financial Services | 23-10176 | Big Village Group Inc. | N/A | 5624003 | 18,564 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 13 | Cint USA Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624298 | 27,867 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 14 | Clickagy, LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624377 | 106,250 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 15 | Cook, Kristina A. | 23-10178 | Big Village Insights, Inc. | N/A | 5623885 | 1,750 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 16 | Cybage - Wire | 23-10176 | Big Village Group Inc. | N/A | 5624582 | 39,270 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 17 | Dash Market Research, LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624386 | 100,662 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 18 | Dr. Dmitry Bandurin | 23-10178 | Big Village Insights, Inc. | N/A | 5624531 | 3,315 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 19 | Dr. Jeff D. Culbertson | 23-10178 | Big Village Insights, Inc. | N/A | 5624629 | 750 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 20 | Dr. Jeffrey Shuhaiber | 23-10178 | Big Village Insights, Inc. | N/A | 5624402 | 3,750 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 21 | Dr. Jerry G Weinstein | 23-10178 | Big Village Insights, Inc. | N/A | 5624401 | 2,333 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 22 | Dr. Neeraj Sharma | 23-10178 | Big Village Insights, Inc. | N/A | 5624526 | 1,650 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 23 | Elemental Data Collection, Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624267 | 43,055 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 24 | eMarketer, Inc. / Insider Inte | 23-10178 | Big Village Insights, Inc. | N/A | 5624569 | 7,904 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 25 | EMI - Online Research Solution | 23-10178 | Big Village Insights, Inc. | N/A | 5624701 | 92,213 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 26 | Empower Translate (Global) Lim | 23-10184 | Deep Focus, Inc. | N/A | 5624601 | 20 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 27 | Empower Translate Global Limit | 23-10178 | Big Village Insights, Inc. | N/A | 5624698 | 85,237 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 28 | Equals 3, Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624400 | 3,984 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 29 | Factiva, Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624272 | 10,794 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 30 | Fieldwork Network, Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624270 | 13,198 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 31 | FieldworkHub Ltd | 23-10184 | Deep Focus, Inc. | N/A | 5623892 | 42,352 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 32 | FieldworkHub Ltd | 23-10178 | Big Village Insights, Inc. | N/A | 5624379 | 44,367 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 33 | Forsta Worldwide, Inc. (FocusVision) | 23-10178 | Big Village Insights, Inc. | N/A | 5624536 | 18,476 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 34 | Ft Worth Research LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624372 | 15,915 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 35 | GDCC West LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624376 | 122,906 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 36 | Gerling, John F. | 23-10178 | Big Village Insights, Inc. | N/A | 5624529 | 900 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 37 | Google Inc-Adwords | 23-10183 | Balihoo, Inc. | N/A | 5624607 | 1,112,555 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |

| Seq. No. | Claimant | Case Number | Debtor | Filed Date | Schedule Number | Scheduled Claim Amount | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|
| 38 | Guillaume, Bertrand | 23-10178 | Big Village Insights, Inc. | N/A | 5623883 | 5,075 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 39 | HauckEye LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5623941 | 31,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 40 | Incentive-Honorarium Payments | 23-10178 | Big Village Insights, Inc. | N/A | 5624266 | 650 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 41 | Jenkins, James Frederick P. | 23-10178 | Big Village Insights, Inc. | N/A | 5624575 | 1,388 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 42 | Kennedy, Samantha A. | 23-10178 | Big Village Insights, Inc. | N/A | 5624268 | 1,350 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 43 | Language Logic LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624295 | 3,234 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 44 | Lucid Holdings LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624371 | 244,817 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 45 | Marketing Systems Group Corp. | 23-10178 | Big Village Insights, Inc. | N/A | 5624293 | 149,282 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 46 | Meta Platforms, Inc. (Facebook) | 23-10184 | Deep Focus, Inc. | N/A | 5624537 | 204,281 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 47 | Meta Platforms, Inc. (Facebook) | 23-10183 | Balihoo, Inc. | N/A | 5624610 | 94,323 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 48 | Microsoft Corporation | 23-10176 | Big Village Group Inc. | N/A | 5624173 | 85,963 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 49 | Mindforce Research & Hiring So | 23-10178 | Big Village Insights, Inc. | N/A | 5624705 | 12,525 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 50 | Mintel International Group Ltd | 23-10178 | Big Village Insights, Inc. | N/A | 5624273 | 62,059 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 51 | Monday.com Ltd | 23-10176 | Big Village Group Inc. | N/A | 5624000 | 9,600 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 52 | M-Panels Research Services Pri | 23-10178 | Big Village Insights, Inc. | N/A | 5624568 | 18,270 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 53 | National Opinion Research Cent | 23-10178 | Big Village Insights, Inc. | N/A | 5624707 | 397,632 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 54 | Op4G, Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5624381 | 12,215 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 55 | Optiv Security Inc. | 23-10176 | Big Village Group Inc. | N/A | 5624170 | 68,786 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 56 | Ostella, Peter | 23-10184 | Deep Focus, Inc. | N/A | 5623897 | 500 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 57 | Pixel Films LLC | 23-10184 | Deep Focus, Inc. | N/A | 5623877 | 350 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 58 | Prebid.Org, Inc. | 23-10180 | EMX Digital, Inc. | N/A | 5624618 | 30,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 59 | Precise Printing & Mailing | 23-10178 | Big Village Insights, Inc. | N/A | 5624265 | 50,236 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 60 | Prenax Inc. | 23-10178 | Big Village Insights, Inc. | N/A | 5623939 | 5,766 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 61 | Prodege, LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624374 | 294,955 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 62 | PROQUEST LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5624274 | 1,999 | Claim has been fully satisfied by payment made subsequent to the Petition Date. |
| 63 | Pulse Secure LLC | 23-10180 | EMX Digital, Inc. | N/A | 5624041 | 157,403 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 64 | Recollective Inc. (Ramius Corp | 23-10178 | Big Village Insights, Inc. | N/A | 5624706 | 104,811 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 65 | Social Science Research Soluti | 23-10178 | Big Village Insights, Inc. | N/A | 5624703 | 37,500 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 66 | Steiger, Amanda | 23-10178 | Big Village Insights, Inc. | N/A | 5624369 | 2,320 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 67 | STREET, JENNIFER L. | 23-10178 | Big Village Insights, Inc. | N/A | 5623890 | 1,560 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 68 | Survey Healthcare Global (SHC) | 23-10178 | Big Village Insights, Inc. | N/A | 5624702 | 21,540 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 69 | Syno International (UK) Limited | 23-10178 | Big Village Insights, Inc. | N/A | 5624343 | 21,200 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 70 | Tecra Systems, Inc. | 23-10183 | Balihoo, Inc. | N/A | 5623905 | 3,750 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 71 | Twilio, Inc. | 23-10183 | Balihoo, Inc. | N/A | 5623903 | 15,000 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 72 | Ugam Solutions Pvt. Ltd-WIRE | 23-10178 | Big Village Insights, Inc. | N/A | 5624700 | 686,197 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 73 | UNITED MAIL LLC | 23-10178 | Big Village Insights, Inc. | N/A | 5623889 | 69,914 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |
| 74 | Vistar Media Inc | 23-10184 | Deep Focus, Inc. | N/A | 5623898 | 329,822 | The filed Claim has been satisfied through the assumption of the Claimant's contract by a buyer. |