## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, *et al.*,[1] | Case No. 23-10174 (CTG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 [Docket No. 296]

Dated: May 15, 2023

*/s/ Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 15, 2023, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings, LLC (5882); Big Village Group Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media, LLC (7288); EMX Digital Inc. (5543); Big Village USA Corporation Inc. (3414); Big Village Agency LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); and Trailer Park Holdings Inc. (1447). The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 08540.

SRF 69681

## Exhibit A

Exhibit A
Fee Application Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser, Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | jpomerantz@pszjlaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | sgolden@pszjlaw.com |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | kgood@potteranderson.com<br>kmorales@potteranderson.com |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com |