## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, *et al.*,[1] | Case No. 23-10174 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 343 |

### NOTICE OF FILING OF (I) REVISED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF BIG VILLAGE HOLDING LLC AND ITS AFFILIATED DEBTORS; AND (II) BLACKLINE THEREOF

**PLEASE TAKE NOTICE** that, on June 10, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Combined Disclosure Statement and Joint Chapter 11 Plan of Big Village Holding LLC and Its Affiliated Debtors* [Docket No. 343] (as may be amended, supplemented, or modified from time to time, the "**Combined Disclosure Statement and Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Combined Disclosure Statement and Plan, a copy of which is attached hereto as **Exhibit 1** (the "**Revised Combined Disclosure Statement and Plan**").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and parties in interest, a blackline reflecting the changes made to the Revised Combined Disclosure Statement and Plan is attached hereto as **Exhibit 2**. The Debtors reserve their rights to further amend, supplement, or modify the Revised Combined Disclosure Statement and Plan.

[*Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Big Village Holding LLC (6595); Big Village Group Holdings LLC (5882); Big Village Group, Inc. (6621); Big Village Insights, Inc. (8960); Big Village Media LLC (7288); EMX Digital, Inc. (5543); Big Village USA Corporation, Inc. (3414); Big Village Agency, LLC (0767); Balihoo, Inc. (9666); Deep Focus, Inc. (8234); Trailer Park Holdings Inc. (1447). The Debtors' service address is 301 Carnegie Center, Suite 301, Princeton, NJ 80540.

| | |
|---|---|
| Dated: July 10, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Joseph M. Barry (No. 4221)<br>Joseph M. Mulvihill (No. 6061)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Tel.: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>　　　　jbarry@ycst.com<br>　　　　mlunn@ycst.com<br>　　　　jmulvihill@ycst.com<br><br>*Counsel for Debtors and Debtors in Possession* |