**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Big Village Holding LLC, | Case No. 23-10174 (CTG) |
| Debtor.[1] |  |

## AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On February 13, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Sustaining Plan Administrator's Eighth Omnibus Objection to Claims (Substantive) [Docket No. 613] (the "***Order regarding Eighth Omnibus (Substantive) Objection to Claims***")

- Final Decree Closing the Remaining Debtor's Chapter 11 Case [Docket No. 615]

- Notice of Agenda of Matters Scheduled for Hearing on February 15, 2024 at 1:00 p.m. (ET) [Docket No. 616] (the "***Agenda Hearing February 15, 2024***")

On February 13, 2024, at my direction and under my supervision, employees of Kroll caused the Order regarding Eighth Omnibus (Substantive) Objection to Claims to be served by the method set forth on the Eighth Omnibus Claimants Service List attached hereto as **Exhibit B**.

On February 13, 2024, at my direction and under my supervision, employees of Kroll caused the Agenda Hearing February 15, 2024 to be served (1) by the method set forth on the Respondent Service List attached hereto as **Exhibit C**; and (2) by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit D**.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of their respective federal tax identification number, is: Big Village Holding LLC (6595). The Debtor's service address is 300 North La Salle, Suite 1420, Chicago, IL 60654, Attn: Zachary Rose.

Dated: February 20, 2024

*/s/ Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 20, 2024, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 76745

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to InMarket Media LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | RPalacio@ashbygeddes.com | Email |
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Gregory F. Vizza<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | Gregory.Vizza@blankrome.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Jose F. Bibiloni<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | Jose.Bibiloni@blankrome.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to State of Ohio | Collections Enforcement Senior Assistant Attorney General | Attn: Kristin Radwanick<br>8040 Hosbrook Road<br>Suite 300<br>Cincinnati OH 45236 | Kristin.Radwanick@ohioattorneygeneral.gov | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to InMarket Media LLC | Hahn Loeser & Parks LLP | Attn: Lawrence E. Oscar, Daniel A. DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | leoscar@hahnlaw.com<br>dademarco@hahnlaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser,  Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Kristin Going<br>One Vanderbilt Avenue<br>New York NY 10017 | kgoing@mwe.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Maris J. Kandestin<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington DE 19801 | mkandestin@mwe.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Richenderfer@usdoj.gov | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | jpomerantz@pszjlaw.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | sgolden@pszjlaw.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Counsel to State of Ohio | Robert L. Doty | Attn: Robert L. Doty<br>Assistant Attorney General  Collections<br>Enforcement, Toledo Regional Office<br>One Government Center, Suite 1240<br>Toledo OH 43604-2261 | robert.doty@ohioattorneygeneral.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | DPfeffer@tarterkrinsky.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry,<br>Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br> jmulvihill@ycst.com | Email |

**Exhibit B**

Exhibit B

Eighth Omnibus Claimants Service List

Served as set forth below

| ADDRESS ID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 27760021 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 33 S. STATE STREET 10TH FL<br>CHICAGO IL 60603 | WILLIAM.HESLUP@ILLINOIS.GOV | FIRST CLASS MAIL AND EMAIL |
| 27876956 | MASSACHUSETTS DEPARTMENT OF REVENUE | PO BOX 7090<br>BOSTON MA 02204-7090 | DWYERSA@DOR.STATE.MA.US | FIRST CLASS MAIL AND EMAIL |
| 27874880 | NEW YORK CITY DEPARTMENT OF FINANCE | 375 PEARL STREET, 27TH FLOOR<br>NEW YORK NY 10038 | LEUNGC@FINANCE.NYC.GOV | EMAIL |
| 27881195 | NEW YORK CITY DEPARTMENT OF FINANCE | 375 PEARL STREET 27TH FLOOR<br>NEW YORK NY 10038 | LEUNGC@FINANCE.NYC.GOV | FIRST CLASS MAIL AND EMAIL |
| 27881181 | NEW YORK DEPARTMENT OF FINANCE | 375 PEARL STREET 27TH FLOOR<br>NEW YORK NY 10038 | LEUNGC@FINANCE.NYC.GOV | FIRST CLASS MAIL AND EMAIL |
| 27867198 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN: BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | | FIRST CLASS MAIL |
| 27873829 | OHIO BUREAU OF WORKERS' COMPENSATION | PO BOX 15567<br>COLUMBUS OH 43215-0567 | | FIRST CLASS MAIL |
| 27874051 | OHIO BUREAU OF WORKERS' COMPENSATION | ERIN M. DOOLEY<br>BWC ATTORNEY<br>30 W SPRING ST 26TH FLOOR<br>COLUMBUS OH 43215 | | FIRST CLASS MAIL |
| 28114129 | OHIO DEPARTMENT OF TAXATION | TAX PROGRAM ASSISTANT ADMINISTRATOR<br>P.O. BOX 530<br>COLUMBUS OH 43216 | BANKRUPTCYDIVISION@TAX.STATE.OH.US;<br>SHELLY.TODD@TAX.OHIO.GOV | FIRST CLASS MAIL AND EMAIL |
| 28114136 | OHIO DEPARTMENT OF TAXATION | P.O. BOX 530<br>COLUMBUS OH 43216 | BANKURPTCYDIVISION@TAX.STATE.OH.US | FIRST CLASS MAIL AND EMAIL |
| 28114247 | OHIO DEPARTMENT OF TAXATION | OHIO ATTORNEY GENERAL'S OFFICE<br>COLLECTIONS ENFORCEMENT SECTION<br>30 EAST BROAD STREET 14TH FLOOR<br>COLUMBUS OH 43216 | | FIRST CLASS MAIL |
| 28114246 | OHIO DEPARTMENT OF TAXATION | 30 EAST BROAD STREET, 14TH FL<br>COLUMBUS OH 43216 | | FIRST CLASS MAIL |
| 28114156 | OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE<br>SALEM OR 97301-2555 | BONNIE.CHISMAN@DOR.OREGON.GOV | FIRST CLASS MAIL AND EMAIL |
| 28114250 | OREGON DEPARTMENT OF REVENUE | PO BOX 14725<br>SALEM OR 97309-5018 | | FIRST CLASS MAIL |
| 27751133 | SCHILLER, SCOTT | GLOBAL CHIEF COUNSEL AND ALIAS<br>350 CENTRAL PARK WEST, APT. 12H<br>NEW YORK NY 10025 | SCOTTYSCHILLER@GMAIL.COM | FIRST CLASS MAIL AND EMAIL |

Exhibit B

Eighth Omnibus Claimants Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 27750609 | SCHILLER, SCOTT | C/O RMF PC, ATTN: S. GIUGLIANO 1425 RXR PLAZA, E. TOWER, 15TH FLOOR UNIONDALE NY 11556 | SGIUGLIANO@RMFPC.COM | FIRST CLASS MAIL AND EMAIL |
| 27851812 | STATE OF NEW JERSEY DIVISION OF TAXATION BANKRUPTCY SECTION | PO BOX 245 TRENTON NJ 08695-0245 | RICHARD.FLATCH@TREAS.NJ.GOV | FIRST CLASS MAIL AND EMAIL |
| 27852296 | STATE OF NEW JERSEY DIVISION OF TAXATION BANKRUPTCY SECTION | PO BOX 245 TRENTON NJ 08695 | RICHARD.FLATCH@TREAS.NJ.GOV | FIRST CLASS MAIL AND EMAIL |
| 28114102 | UNICOM SYSTEMS, INC. | 15535 SAN FERNANDO MISSION BOULEVARD MISSION HILLS CA 91345 | JOSEPH.GAUTHIER@UNICOMGLOBAL.COM | FIRST CLASS MAIL AND EMAIL |

**Exhibit C**

Exhibit C
Respondent Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 27874880 | NEW YORK CITY DEPARTMENT OF FINANCE | 375 PEARL STREET, 27TH FLOOR<br>NEW YORK NY 10038 | LEUNGC@FINANCE.NYC.GOV | EMAIL |
| 27873829 | OHIO BUREAU OF WORKERS' COMPENSATION | PO BOX 15567<br>COLUMBUS OH 43215-0567 | | OVERNIGHT MAIL |
| 27874051 | OHIO BUREAU OF WORKERS' COMPENSATION | ERIN M. DOOLEY<br>BWC ATTORNEY<br>30 W SPRING ST 26TH FLOOR<br>COLUMBUS OH 43215 | | OVERNIGHT MAIL |
| 27751133 | SCHILLER, SCOTT | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | EMAIL |
| 27750609 | SCHILLER, SCOTT | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | EMAIL |

**Exhibit D**

Exhibit D
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to InMarket Media LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | | RPalacio@ashbygeddes.com | Email |
| Counsel to NMMB, Inc. d/b/a Refuel Agency ("Refuel") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Margaret A. Vesper<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Gregory F. Vizza<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | | Gregory.Vizza@blankrome.com | Email |
| Counsel to Insticator, Inc. | Blank Rome LLP | Attn: Jose F. Bibiloni<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | | Jose.Bibiloni@blankrome.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | | schristianson@buchalter.com | Email |
| Counsel to State of Ohio | Collections Enforcement Senior Assistant Attorney General | Attn: Kristin Radwanick<br>8040 Hosbrook Road<br>Suite 300<br>Cincinnati OH 45236 | | Kristin.Radwanick@ohioattorneygeneral.gov | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | | fasnotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | | dosdoc_ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd<br>Ste 100<br>Dover  DE 19904 | | statetreasurer@state.de.us | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | 212-637-3526 | | Fax |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | | Overnight Mail |

Exhibit D
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to InMarket Media LLC | Hahn Loeser & Parks LLP | Attn: Lawrence E. Oscar, Daniel A. DeMarco<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | | leoscar@hahnlaw.com<br>dademarco@hahnlaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Overnight Mail |
| Counsel to the Agent, BNP Paribas | Mayer Brown LLP | Attn: Brian Trust, Scott M. Zemser, Joaquin C de Baca, Dabin Chung<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | | btrust@mayerbrown.com<br>szemser@mayerbrown.com<br>jcdebaca@mayerbrown.com<br>dchung@mayerbrown.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Kristin Going<br>One Vanderbilt Avenue<br>New York NY 10017 | | kgoing@mwe.com | Email |
| Counsel to Jagermeister | McDermott Will & Emery LLP | Attn: Maris J. Kandestin<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington DE 19801 | | mkandestin@mwe.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Linda Richenderfer<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | | Linda.Richenderfer@usdoj.gov | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles CA 90067 | | jpomerantz@pszjlaw.com | Email |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Steven W. Golden<br>919 N Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | | sgolden@pszjlaw.com | Email |
| Counsel to the Agent, BNP Paribas | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, Katelin A. Morales<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-6108 | | kgood@potteranderson.com<br>kmorales@potteranderson.com | Email |
| Counsel to State of Ohio | Robert L. Doty | Attn: Robert L. Doty<br>Assistant Attorney General  Collections Enforcement, Toledo Regional Office<br>One Government Center, Suite 1240<br>Toledo OH 43604-2261 | | robert.doty@ohioattorneygeneral.gov | Email |

Exhibit D

Core/2002 Agenda Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of The Treasury<br>100 F. Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email |
| Counsel to CPX Interactive, LLC | Tarter Krinsky & Drogin LLP | Attn: David Pfeffer<br>1350 Broadway<br>New York NY 10018 | | DPfeffer@tarterkrinsky.com | Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: David C. Weiss c/o Ellen Slights | 302-573-6220 | | Fax |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Michael R. Nestor, Joseph M. Barry, Matthew B. Lunn, & Joseph M. Mulvihill<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | | mnestor@ycst.com<br>jbarry@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com | Email |