| | |
|---|---|
| CASE NAME: | Big Village Holding LLC, et al., |
| CASE NUMBER: | 23-10174 (CTG) |
| PETITION DATE: | February 8, 2023 |

**NOTES AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On February 8, 2022 (as applicable to each Debtor, the "Petition Date"), Big Village Holdings LLC and certain of its affiliated debtors, as debtors (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court District of Delaware (the "Bankruptcy Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

1) General Methodology: The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating reporting requirements of the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied on by any persons for information relating to current or future financial condition, events or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete. The MOR may be subject to material future revision. The following notes, statements and limitations should be referred to, and referenced in connection with, any review of the MOR.

2) Basis of Presentation: This MOR only contains financial information of the Debtors, unless otherwise noted. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Operations of the Debtors have been prepared with the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. The MOR has been developed to the best of the Debtor's knowledge and ability. Notwithstanding any such discovery, new information or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. Except as previously noted, the financial statements presented herein reflect the book values of the Debtors and, as a result, do not reflect the going concern valuation of the Debtors. The Company is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Company based on this financial information or any other information.

3) Reporting Period: Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4) Cash Balance: The Debtors regularly sweep cash into the master cash account via Big Village Insights Inc. Receipts are collected through the individual Debtor Bank accounts, and disbursements are made by the individual Debtor bank accounts. For presentation purposes, all receipts and disbursements are shown at Big Village Insights Inc. This presentation can cause discrepancies between the book and bank beginning and ending cash balances at the Debtor entity level. The cash balance across all Debtors should be viewed on a consolidated basis. Any variances to beginning cash are immaterial due to cash in-transit between Debtor zero-balance accounts and the master bank account.

5) Investment in Affiliates: The Debtors have several international affiliates that are both operating and non-operating. The balance sheet line item representing this investment in these affiliates has been removed in order to maintain a consistent and unconsolidated view of each debtor.

6) Accrued Expenses: The Debtors do not currently account for accrued bankruptcy related professional fees. Professional fees will be reported when approved and disbursed.

7) Intercompany Transactions and Balance: Prior to the Petition Date, the Debtors routinely engaged (and continues to engage) in intercompany transactions with debtors and affiliates. Intercompany transactions between debtors and affiliates have been excluded from the MOR.

8) Unbilled Services: There is a period of time between when the Debtor recognizes and invoices revenue. This line item was excluded from the Schedule of Assets and Liabilities due to day to day variance.

9) Accrued Expenses: All accrued expenses were excluded from the Schedule of Assets and Liabilities.

10) Short Term Note Payable: Cumulative forecasted accrued principal and interest created for book-keeping purposes and excluded from the Schedule of Assets and Liabilities.

11) Other Current Liabilities: Comprised of multiple accounts including OOP Media Spend, Other Payables and Restructuring Severance outstanding.

12) Long Term Debt: Multiple Debtors were included in the secured term loan credit documentation, the entire secured term loan and line of credit balance resides at Big Village Group Inc.

13) Contingent Considerations: Prior to the Petition Date, the Debtors faced litigation from CPX Interactive. An accompanying "Contingent Considerations" line was created to account for this outstanding liability. This liability is subject to compromise and has thus, been removed from this report.

14) Reservation of Rights: The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

15) Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of prepetition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization or plan of liquidation. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization or plan of liquidation. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under the Financial Accounting Standards Board's Accounting Standards Codification 852 – Reorganizations ("ASC 852") are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, payment of such amounts subject to First Day Orders or other events. The consolidated total of secured, priority, and general unsecured claims reported in the Schedules of Assets and Liabilities ("SOAL") may vary materially compared to the presented LSTC as the Debtors continue the claims reconciliation process. In addition, certain unliquidated claims were listed with no claim balance in the SOAL while the Debtors report them as pre-petition liabilities for reporting purposes, which increases the total LSTC

*Debtors*
*Statement of Cash Receipts and Disbursements*
*$ Actual*

| Week Ending | Big Village Holding LLC 8/31/2023 | Big Village Group Holdings LLC 8/31/2023 | Big Village USA Corporation Inc. 8/31/2023 | Trailer Park Holdings 8/31/2023 | Big Village Group Inc. 8/31/2023 | Big Village Agency LLC 8/31/2023 | Deep Focus Inc. 8/31/2023 | Big Village Media LLC 8/31/2023 | Balihoo Inc. 8/31/2023 | EMX Digital Inc. 8/31/2023 | Big Village Insights Inc. 8/31/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 836,006 | $ 836,006 |
| **Sale Proceeds** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Net Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 836,006 | $ 836,006 |
| **Refuel Break-Up Fee** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Buyer AR Remittance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,418,082 | $ 1,418,082 |
| *Operating Expenses* | | | | | | | | | | | | |
| Payroll & Benefits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 32,773 | $ 32,773 |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Corporate / Employee Expenses | - | - | - | - | - | - | - | - | - | - | 3,560 | 3,560 |
| **Total Operating Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36,333 | $ 36,333 |
| *Other Operating Expenses by Entity* | | | | | | | | | | | | |
| bRealTime | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Balihoo | - | - | - | - | - | - | - | - | - | - | - | - |
| Clearstream | - | - | - | - | - | - | - | - | - | - | - | - |
| Agency: Deep Focus | - | - | - | - | - | - | - | - | - | - | 83,257 | 83,257 |
| Insights: ORC International | - | - | - | - | - | - | - | - | - | - | 1,136 | 1,136 |
| **Total Other Operating Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 84,392 | $ 84,392 |
| *Professional Fees* | | | | | | | | | | | | |
| Company Advisors | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 459,085 | $ 459,085 |
| Lender Advisors | - | - | - | - | - | - | - | - | - | - | 104,031 | 104,031 |
| UCC Advisors | - | - | - | - | - | - | - | - | - | - | - | - |
| Sponsor Counsel & Independent Director | - | - | - | - | - | - | - | - | - | - | 25,000 | 25,000 |
| **Total Professional Fees** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 588,116 | $ 588,116 |
| *Administrative Relief* | - | - | - | - | - | - | - | - | - | - | - | |
| Critical Vendors | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Administrative Relief** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Other Restructuring Costs* | | | | | | | | | | | | |
| Trustee Fees & Other Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retention Payments | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring costs** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 836,006 | $ 836,006 |
| **Total Disbursements** | - | - | - | - | - | - | - | - | - | - | 2,126,923 | 2,126,923 |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,290,917) | $ (1,290,917) |

**Big Village Holding LLC**
Consolidated P&L
For the Period August 1, 2023 to August 31, 2023

| | Big Village Holding LLC | Big Village Group Holdings LLC | Big Village USA Corporation Inc. | Trailer Park Holdings Inc. | Big Village Group Inc. | Big Village Agency, LLC | Deep Focus, Inc. | Big Village Media LLC | Balihoo, Inc. | EMX Digital, Inc. | Big Village Insights, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cost of goods sold** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross profit** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gross margin | - % | - % | - % | - % | - % | - % | - % | - % | - % | - % | - % | - % |
| **Selling, general & administrative** | | | | | | | | | | | | |
| Selling expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| General and adminstrative expenses | - | - | - | - | 9,371 | - | - | - | - | - | - | 9,371 |
| Other expenses, net | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | $ - | $ - | $ - | $ - | 9,371 | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,371 |
| **Income (Loss) from operations** | - | - | - | - | (9,371) | - | - | - | - | - | - | (9,371) |
| Interest expense, net | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income (Loss) before income taxes** | - | - | - | - | (9,371) | - | - | - | - | - | - | (9,371) |
| Income tax expense | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | - | - | - | - | (9,371) | - | - | - | - | - | - | (9,371) |
| Reorganization items | - | - | - | - | - | - | 77,674 | - | - | 422,485 | 239,720 | 739,879 |
| **Adj. Net income (loss)** | - | - | - | - | (9,371) | - | (77,674) | - | - | (422,485) | (239,720) | (749,250) |

*Big Village Holding LLC*
*Consolidated Balance Sheet*
*As of August 31, 2023*

| | Big Village Holding LLC | Big Village Group Holdings LLC | Big Village USA Corporation Inc. | Trailer Park Holdings Inc. | Big Village Group Inc. | Big Village Agency, LLC | Deep Focus, Inc. | Big Village Media LLC | Balihoo, Inc. | EMX Digital, Inc. | Big Village Insights, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | |
| *Current assets:* | | | | | | | | | | | | |
| Cash and equivalents | $ - | $ - | $ - | $ - | $ 1,917 | $ - | $ - | $ - | $ - | $ - | 26,531,552 | $ 26,533,469 |
| Net Accounts Recievable | - | - | - | - | - | - | - | - | 38,770 | 617,190 | ` | 655,960 |
| Unbilled services | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid and other current assets | - | - | - | - | 1,111,881 | - | - | - | 1,040,532 | - | - | 2,152,412 |
| **Total Current Assets** | $ - | $ - | $ - | $ - | $ 1,113,798 | $ - | $ - | $ - | $ 1,079,302 | $ 617,190 | $ 26,531,552 | $ 29,341,841 |
| *Non-current assets:* | | | | | | | | | | | | |
| Net Fixed Assets | $ - | $ - | $ - | $ - | $ 3,059,479 | $ - | $ 20,000 | $ - | $ 215,511 | $ 8,079,895 | $ 195,676 | $ 11,570,561 |
| Goodwill and Other Intangibles | - | - | - | - | - | - | 4,297,442 | - | 1,976,526 | 21,027,473 | 3,582,959 | 30,884,400 |
| Other non-current assets | - | - | - | - | 220,895 | - | - | - | - | 354,776 | 2,221 | 577,891 |
| **Total non-current Assets** | $ - | $ - | $ - | $ - | $ 3,280,374 | $ - | $ 4,317,442 | $ - | $ 2,192,037 | $ 29,462,143 | $ 3,780,856 | $ 43,032,852 |
| **Total Assets** | $ - | $ - | $ - | $ - | $ 4,394,172 | $ - | $ 4,317,442 | $ - | $ 3,271,339 | $ 30,079,333 | $ 30,312,408 | $ 72,374,693 |
| *Liabilities and stockholder's equity:* | | | | | | | | | | | | |
| *Current Liabilities:* | | | | | | | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ 7,393,460 | $ - | $ 6,490,975 | $ - | $ 599,747 | $ 37,769,245 | $ 1,181,725 | $ 53,435,152 |
| Accrued Payroll and Employee Expenses | - | - | - | - | 32,822 | - | - | - | - | - | - | 32,822 |
| Accrued expenses | - | - | - | - | 2,224,255 | - | 25,445 | - | 50,501 | 1,248,824 | 210,524 | 3,759,549 |
| Advanced billing from customers | - | - | - | - | - | - | - | - | - | - | - | - |
| Short Term Note Payable | - | - | - | - | 3,494,428 | - | - | - | - | - | - | 3,494,428 |
| Other current liabilities | - | - | - | - | 70,986 | - | - | - | (1,299) | (211,522) | (76,619) | (218,454) |
| **Total current liabilities** | $ - | $ - | $ - | $ - | $ 13,215,951 | $ - | $ 6,516,421 | $ - | $ 648,949 | $ 38,806,547 | $ 1,315,630 | $ 60,503,498 |
| *Long-term liabilities:* | | | | | | | | | | | | |
| Long term debt | $ - | $ - | $ - | $ - | $ 49,970,716 | $ - | $ - | $ - | $ - | $ - | - | $ 49,970,716 |
| Other non-current liabilities | - | - | - | - | 12,048,506 | - | - | - | - | - | 297,772 | 12,346,278 |
| **Total Non-Current Liabilities** | $ - | $ - | $ - | $ - | $ 62,019,222 | $ - | $ - | $ - | $ - | $ - | $ 297,772 | $ 62,316,994 |
| **Total Shareholders Equity** | $ - | $ - | $ - | $ - | $ (70,841,001) | $ - | $ (2,198,979) | $ - | $ 2,622,390 | $ (8,727,214) | $ 28,699,006 | $ (50,445,798) |
| **Total liabilities and stockholder's equity** | $ - | $ - | $ - | $ - | $ 4,394,172 | $ - | $ 4,317,442 | $ - | $ 3,271,339 | $ 30,079,333 | $ 30,312,408 | $ 72,374,693 |